Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff H.B.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| H. B.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Baila Sebrow<br><br>　　　　Defendant | Case No. 2:21-cv-20706 |

**CERTIFICATE OF SERVICE OF NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS ON DEFENDANT BAILA SEBROW**

　　　　The undersigned certifies that on December 29, 2021, a true and correct copy of the Summons and Complaint, a Notice of a Lawsuit and Request to Waive Service of a Summons and two copies of a Waiver of the Service of Summons, and a prepaid USPS Priority Mail Envelope were served on the Defendant, Baila Sebrow, by United States Mail Priority Mail, Postage Prepaid (9405 5036 9930 0119 8438 49) to the said Defendant at 12 Beechwood Dr., Lawrence, New York 11559. I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/Daniel Szalkiewicz
　　　　　　　　　　　　　　　　　　　　By:　Daniel S. Szalkiewicz, Esq. (DS2323)

1

# Click-N-Ship®

Create a Label  /  Preferences  /  Shipping History  /

‹ Back to Shipping History

## Label # 9405503699300119843849

## Terms ⓘ

**Acceptance Cutoff**

12/28/2021
5:00 PM

**Acceptance Time**

12/29/2021 7:12 PM

**Scheduled Date**

12/29/2021
11:59 PM

**Delivery Status**

Delivered, In/At Mailbox<br/>2021-12-31 09:04:00.0

## Details

**Account Number**

57502249

**Return Address**

DANIEL SZALKIEWICZ
23 W 73RD ST
NEW YORK, NY 10023
daniel@lawdss.com

**Delivery Address**

BAILA SEBROW
12 BEECHWOOD DR
LAWRENCE, NY
11559-1702

**Package**

Ship Date: 12/28/2021
From: 10023

**Service Type**

Priority Mail® 1-Day