Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John Doe.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Baila Sebrow<br><br>　　　　Defendant | Case No. 2:21-cv-20706 |

**NOTICE OF MOTION TO REINSTATE THE COMPLAINT**

To:　Baila Sebrow
　　　12 Beechwood Drive
　　　Lawrence, New York 11559

PLEASE TAKE NOTICE that on July 5, 2022 at 10:00 a.m., or such other time as fixed by the Court, the undersigned attorney for the plaintiff, JOHN DOE, will move before the United States District Court of the District of New Jersey, to reinstate the complaint of the plaintiff and to vacate the dismissal order dated May 23, 2022.

In support of this motion, the Plaintiff will submit the Declaration of Daniel S. Szalkiewicz, Esq. A proposed Order is also submitted herewith pursuant to Local Rule 7.1(e).

Dated:　June 16, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Daniel Szalkiewicz
　　　　　　　　　　　　　　　By:　Daniel S. Szalkiewicz, Esq. (DS2323)