

Daniel Szalkiewicz <daniel@lawdss.com>

---

## New Serve
1 message

---

**Daniel Szalkiewicz** <daniel@lawdss.com>  Tue, Feb 8, 2022 at 4:51 PM
To: m Berk <mberk@eliteprocess.com>

Maria,

Can you serve this complaint on Baila Sebrow?

12 BEECHWOOD DR
LAWRENCE NY 11559

She is an Orthodox Jew so she can not be served on Saturday or Friday night.

Thank you.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (914) 500-2315

---

 **1. Complaint and Cover Sheet.pdf**
713K