## AFFIDAVIT OF SERVICE

State of NJ          County of -0-          U.S. District Court, District Of Nj Court

Case Number: CV-20706/21

Plaintiff:
JOHN DOE

vs.

Defendant:
BAILE SEBROW

For:
70610
DANIEL SZALKIEWIEZ & ASSOCIATES
325 WEST 38TH STREET, STE. 810
NEW YORK, NY 10018

Received by ELITE LEGAL SERVICES OF NY INC. to be served on BAILE SEBROW, 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559.

I, JOSEPH DEROSA, being duly sworn, depose and say that on the 27th day of April, 2022 at 7:12 pm, I:

AFFIXED a true copy of the SUMMONS & COMPLAINT AND DEMAND FOR JURY DUTY IN A CIVIL ACTION to the door at the address of: 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559, the same being the defendant/respondent's place of Abode within the State of New York. Deponent completed service by mailing a true copy of the SUMMONS & COMPLAINT AND DEMAND FOR JURY DUTY IN A CIVIL ACTION in a postpaid envelope to the address of: 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559 bearing the words "Personal & Confidential" by First Class Mail on 5/2/2022 and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
3/18/2022 7:17 pm Attempted service at 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559, NO ANSWER.
3/16/2022 7:22 am Attempted service at 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559, NO ANSWER.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2nd day of May, 2022 by the affiant who is personally known to me.

CORISSA MARTINEZ
COMMISIONER OF DEEDS
CITY OF NEW YORK- No. 3-7441
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES AUGUST 1, 2022

JOSEPH DEROSA
1474352

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2022000690

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u

# ELITE LEGAL SERVICES OF NY INC.

**Priority: STANDARD**  **Field Sheet #2022000690**

Received: 3/3/2022 at 11:56 am
Court Date:       Filed: 12/28/2021

**SERVE:**
**Home:** BAILE SEBROW, 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559

**SPECIAL INSTRUCTIONS:**
**Attempts**       Server: **JOSEPH DEROSA**
  Date      Time     Comments
1. 3/6    7:22 am
2. /
3. /
4. 3/8   7:17 pm
5. /
6. /
7. /
8. /

1/21  9:19 am   Mail mail

**Actual Service Info**
        Type: _No service_
Served on: _____ As: _____
Address: _____
Comments: _spoke with a female_
_said no owl with name Baile there_

Miles ____
Hours ____
Additional Addr: 1 2 3
Courier ____
Out of Pocket Costs ____

Age____  Sex M F  Race____  Height____  Weight____  Hair____  Glasses Y N

Case Number: CV-20706/21   -0-   U.S. District Court, District Of NJ
Plaintiff                              Defendant
JOHN DOE                          BAILE SEBROW

Type of Writ: **SUMMONS & COMPLAINT AND DEMAND FOR JURY DUTY IN A CIVIL ACTION**

Client:  70610
Firm:   DANIEL SZALKIEWIEZ & ASSOCIATES
Phone:  (212) 706-1007   Fax: (914) 500-2315
Client Reference Number:

I acknowledge receipt of the documents listed above and confirm that the within-named party is / is not in active military service. (To change, go to Setup>Misc Text>FS Acknowledgement.)

_____
Signature of Recipient