UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John Doe.

               Plaintiff,

      v.

Baila Sebrow

               Defendant

Case No. 2:21-cv-20706

THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Declaration submitted, and for good cause being shown,

IT IS on this _____day of _____, 2022, ordered that the prior dismissal order be and is hereby vacated and the case is restored to the active case list.

_____
Hon.

1