UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>    Plaintiff,<br><br>v.<br><br>Baila Sebrow<br><br>    Defendant | Case No. 2:21-cv-20706 |

THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Declaration submitted, and for good cause being shown,

IT IS on this  21st  day of  June  , 2022, ordered that the prior dismissal order be and is hereby vacated and the case is restored to the active case list.

_____
Hon.  Susan D. Wigenton
      U.S.D.J.

1