## AFFIDAVIT OF SERVICE

State of NJ           County of -0-           U.S. District Court, District Of Nj Court

Case Number: CV-20706/21

Plaintiff:
JOHN DOE

vs.

Defendant:
BAILE SEBROW

For:
70610
DANIEL SZALKIEWIEZ & ASSOCIATES
325 WEST 38TH STREET, STE. 810
NEW YORK, NY 10018

Received by ELITE LEGAL SERVICES OF NY INC. to be served on BAILE SEBROW, 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559.

I, JOSEPH DEROSA, being duly sworn, depose and say that on the 27th day of April, 2022 at 7:12 pm, I:

AFFIXED a true copy of the SUMMONS & COMPLAINT AND DEMAND FOR JURY DUTY IN A CIVIL ACTION to the door at the address of: 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559, the same being the defendant/respondent's place of Abode within the State of New York. Deponent completed service by mailing a true copy of the SUMMONS & COMPLAINT AND DEMAND FOR JURY DUTY IN A CIVIL ACTION in a postpaid envelope to the address of: 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559 bearing the words "Personal & Confidential" by First Class Mail on 5/2/2022 and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
3/18/2022  7:17 pm  Attempted service at 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559, NO ANSWER.
3/16/2022  7:22 am  Attempted service at 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559, NO ANSWER.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2nd day of May, 2022 by the affiant who is personally known to me.

CORISSA MARTINEZ
COMMISIONER OF DEEDS
CITY OF NEW YORK- No. 3-7441
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES AUGUST 1, 2022

JOSEPH DEROSA
1474352

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2022000690

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u

## ELITE LEGAL SERVICES OF NY INC.

**Priority: STANDARD**  **Field Sheet #2022000690**

Received: 3/3/2022 at 11:56 am
Court Date:        Filed: 12/28/2021

**SERVE:**
**Home:** BAILE SEBROW, 12 BEECHWOOD DRIVE, LAWRENCE, NY 11559

**SPECIAL INSTRUCTIONS:**

| Attempts | | Server: JOSEPH DEROSA | |
|---|---|---|---|
| | Date | Time | Comments |
| 1. | 3/6 | 7:22 am | |
| 2. | / | | |
| 3. | / | | |
| 4. | 3/8 | 7:17 pm | |
| 5. | / | | |
| 6. | / | | |
| 7. | / | | |
| 8. | / | | |

**Actual Service Info**
1/21  9:19 am  Nail/mail
3/20  4:54 pm  Type: No answer

Served on: _____  As: _____  Married? ___  Military? ___
Address: _____
Comments: _____ spoke with a female
_____ said no one with name Baile there

Miles ___
Hours ___
Additional Addr: 1 2 3
Courier ___
Out of Pocket Costs ___

Age___ Sex M F Race___ Height___ Weight___ Hair___ Glasses Y N

Case Number: CV-20706/21  -0-  U.S. District Court, District Of Nj
Plaintiff                Defendant
JOHN DOE                 BAILE SEBROW

Type of Writ: **SUMMONS & COMPLAINT AND DEMAND FOR JURY DUTY IN A CIVIL ACTION**

Client:  70610
Firm:   DANIEL SZALKIEWIEZ & ASSOCIATES
Phone:  (212) 706-1007    Fax: (914) 500-2315
Client Reference Number:

I acknowledge receipt of the documents listed above and confirm that the within-named party is / is not in active military service. (To change, go to Setup>Misc Text>FS Acknowledgement.)

_____
Signature of Recipient

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u