**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**
23 W. 73rd Street, Suite 102
New York, New York 10023
Tel.: (212) 706-1007
Fax: (646) 849-0033

*Attorneys for Plaintiff*
*John Doe*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John Doe.<br><br>          Plaintiff,<br><br>     v.<br><br>Baila Sebrow<br><br>          Defendant | Case No. 2:21-cv-20706<br><br>**Certification of Declaration of Daniel S. Szalkiewicz, Esq. in Support of Request for Entry of Default** |

**DANIEL S. SZALKIEWICZ**, of full age, hereby certifies and states:

1.     I am a partner at the law firm of Daniel Szalkiewicz & Associates, P.C., attorneys for the Plaintiff in the above-captioned action.   As such, I have personal knowledge of the facts contained herein.

2.     I make this Certification in support of Plaintiff's application for the entry of default against defendant Baila Sebrow ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(a).

3.     Plaintiff's Complaint in this matter was filed on December 23, 2021 (DE 1).  The Summons was issued on December 28, 2021 (DE 2).

4.     On December 29, 2021, the Summons and Complaint, Notice of a Lawsuit, Request to Waive Service of a Summons, and two copies of a Waiver of the Service of Summons

along with a prepaid USPS Priority Mail envelope were served on Defendant by Priority Mail via the United States Postal Service (DE 3).

5.      The Summons and copy of Plaintiff's Complaint were subsequently served on Defendant through Elite Legal Services of NY Inc. by substitute service, with a true copy of the relevant documents annexed to Defendant's door on April 27, 2022 and mailed to Defendant by First Class Mail on May 2, 2022, as appears from the Affidavit of Service filed with the Court on June 29, 2022 (DE 8).

6.      I have not heard from Defendant nor any counsel for Defendant concerning matters relating to this lawsuit and, to my knowledge, no filing with the Court was made by Defendant under Local Civ. R. 6.1(b).

7.      The time in which Defendant may answer or otherwise respond to Plaintiff's Complaint has expired and has not been further extended by the Court, and Defendant has not answered or otherwise moved.

8.      Accordingly, this request is being made for the entry of default against Defendant in the above-captioned matter.


I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Executed on:   July 5, 2022                    **DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**
               New York, NY

                                               */s/Daniel Szalkiewicz, Esq.*
                                               Daniel S. Szalkiewicz