Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff H.B.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John Doe.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Baila Sebrow<br><br>　　　　Defendant | Case No. 2:21-cv-20706<br><br>**Motion for Costs and Fees Incurred from Defendant's Failure to Waive Service Pursuant to FRCP 4(d)** |

PLEASE TAKE NOTICE that Plaintiff, by and through his undersigned counsel, Daniel Szalkiewicz & Associates, P.C. shall move before Magistrate Judge Edward S. Kiel, upon the accompanying Declaration of Daniel S. Szalkiewicz dated July 7, 2022 and the exhibits annexed thereto, on August 1, 2022, for an Order granting Plaintiff the expenses incurred in making service and the reasonable expenses, including attorney's fees, of any motion required to collect service expenses.

Dated: New York, New York
　　　　July 7, 2022

　　　　　　　　　　　　　　　　Daniel Szalkiewicz & Associates, P.C.
　　　　　　　　　　　　　　　　By:　　*/s/ Daniel S. Szalkiewicz*
　　　　　　　　　　　　　　　　Daniel S. Szalkiewicz, Esq.
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　23 W. 73rd Street, Suite 102
　　　　　　　　　　　　　　　　New York, NY 10023
　　　　　　　　　　　　　　　　Tel: (212) 706-1007
　　　　　　　　　　　　　　　　Fax: (646) 849-0033
　　　　　　　　　　　　　　　　daniel@lawdss.com