| | | |
|---|---|---|
| **Acceptance Cutoff** | **Account Number** | |
| 12/28/2021 5:00 PM | 57502249 | |
| **Acceptance Time** | **Return Address** | **Package** |
| 12/29/2021 7:12 PM | DANIEL SZALKIEWICZ 23 W 73RD ST NEW YORK, NY 10023 daniel@lawdss.com | Ship Date: 12/28/2021 From: 10023 |
| **Scheduled Date** | | **Service Type** |
| 12/29/2021 11:59 PM | **Delivery Address** | Priority Mail® 1-Day |
| **Delivery Status** | BAILA SEBROW 12 BEECHWOOD DR LAWRENCE, NY 11559-1702 | |
| Delivered, In/At Mailbox<br/>2021-12-31 09:04:00.0 | | |