## DANIEL SZALKIEWIEZ & ASSOCIATES
Case Search - Return to Dashboard

Log Out

2C

**Case Information**

| | |
|---|---|
| County: | -0- |
| Case Number: | CV-20706/21 |
| Court: | U.S. District Court, District Of Nj |
| Plaintiff: | JOHN DOE |
| Defendant: | BAILE SEBROW |
| Date Filed: | 12/28/2021 |

| Job Number | Reference | To Serve On | Completed | Type of Service | Date Invoiced | Total |
|---|---|---|---|---|---|---|
| 2022000690 | | SEBROW, BAILE | Apr 27 2022 7:12PM | NAIL AND MAIL | May 5 2022 1:27PM | $55.95 |
| | | | | | **Total Charged:** | **$55.95** |