# Activities Export

07/07/2022
1:41 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/07/2022 | ⏱ | Review of motion for return of service fees, drafting of changes to same, preparation of exhibits, filing of same (.1)(proposed time), service of same on defendant (.1)(proposed time), drafting of certification of service and filing same (.2)(proposed time)<br>● Unbilled | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 0.80h | 450.00 | - | 360.00 |
| 07/05/2022 | ⏱ | drafting of notice of motion to collect fees and costs for failure to return waiver of service<br>● Unbilled | 00055-Bell Defamation Matter | Cali Madia | 0.10h | 450.00 | - | 45.00 |
| 07/05/2022 | ⏱ | review of case file and drafting of motion to collect fees and costs for failure to return waiver of service<br>● Unbilled | 00055-Bell Defamation Matter | Cali Madia | 1.80h | 450.00 | - | 810.00 |
| 0█████22 | ⏱ | Drafting of Request for Entry of Default against Defendant<br>● Unbilled | 00055-Bell Defamation Matter | Cali Madia | 0.80h | 450.00 | - | 360.00 |
| 06/16/2022 | ⏱ | Drafting of motion to reinstate, filing and serving of same<br>● Billed invoice 113 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 1.90h | 450.00 | - | 855.00 |
| 06/03/2022 | ⏱ | Review of correspondence from court and counsel, drafting of email to same<br>● Billed invoice 113 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 0.10h | 450.00 | - | 45.00 |
| 06/03/2022 | $ | Postage for expert documents and thumb drive | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 1.00 | 28.70 | - | 28.70 |
| | | | | | | | $0.00<br>0.0h | $34,891.10<br>77.0h |