Gmail                                                                                           Daniel Szalkiewicz <daniel@lawdss.com>

## USPS - Click-N-Ship(R) Payment Confirmation
1 message

**USPS_Shipping_Services@usps.com** <USPS_Shipping_Services@usps.com>                        Wed, Dec 29, 2021 at 6:50 AM
To: daniel@lawdss.com

  *Sign in*  |  *Shipping History*  |  *Manage Your Mail*  |  *Customer Service*

### USPS-Click-N-Ship® Payment Confirmation

Thanks for shipping with us, DANIEL SZALKIEWICZ!

Additional information regarding your label(s) can be found in your *Shipping History*. From your Shipping History you can Ship Again, track your package, or request a refund.

---

**Click-N-Ship® Payment Details**
**Acct #:** 57502249
**Transaction Number:** 552668458
**Transaction Date/Time:** 12/28/2021 09:32 AM CST
**Transaction Amount:** $15.40
**Payment Method:** AMEX-1005

**Priority Mail® 1-Day**
*9405 5036 9930 0119 8438 49* (Sequence Number 1 of 2)
**Scheduled Delivery Date:** 12/29/2021
**Shipped to:**         BAILA SEBROW
                        *12 BEECHWOOD DR*
                        *LAWRENCE NY 11559-1702*

**Priority Mail® 1-Day**
*9405 5036 9930 0119 8438 56* (Sequence Number 2 of 2)
**Scheduled Delivery Date:** 12/29/2021
**Shipped to:**         DANIEL SZALKIEWICZ
                        *23 W 73RD ST*
                        *# 102*
                        *NEW YORK NY 10023-3104*

---

Learn more about requesting a refund online *here*.



**Need help?**
*Search FAQs*
1-800-ASK-USPS

*Privacy Policy*



usps.com



## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0290 6672 10**

Trans. #: 567090491
Print Date: 07/07/2022
Ship Date: 07/07/2022
Expected Delivery Date: 07/08/2022

Priority Mail® Postage: $8.70
Total: $8.70

**From:** DANIEL SZALKIEWICZ
STE 102
23 W 73RD ST
NEW YORK NY 10023-3104

**To:** BAILA SEBROW
12 BEECHWOOD DR
LAWRENCE NY 11559-1702

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.



*Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*

| ELITE LEGAL SERVICES OF NY INC.<br>1603 FRANCIS LEWIS BLVD.<br>WHITESTONE, NY 11357<br>Phone: (718) 831-9060<br>Fax: (718) 831-9075<br>Fed Id # -46-0597936 | **INVOICE** | Invoice #ELT-2022000690<br>5/5/2022<br> |
|---|---|---|

70610
DANIEL SZALKIEWIEZ & ASSOCIATES
325 WEST 38TH STREET, STE. 810
NEW YORK, NY 10018

**Case Number: -0- CV-20706/21**

Plaintiff:
**JOHN DOE**

Defendant:
**BAILE SEBROW**

Served: 4/27/2022 7:12 pm
To be served on: BAILE SEBROW

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| SUMMONS & COMPLAINT | 1.00 | 55.00 | 55.00 |
| MAILING FEE | 1.00 | 0.95 | 0.95 |
| TOTAL CHARGED: | | | $55.95 |
| **BALANCE DUE:** | | | **$55.95** |

This invoice & all future invoices are assigned to & payable to
ELITE LEGAL SERVICES OF NY INC @ 1603 FRANCIS LEWIS BOULEVARD, WHITESTONE, NY 11357
Page 1 / 1

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u



Daniel Szalkiewicz <daniel@lawdss.com>

# USPS - Click-N-Ship(R) Payment Confirmation
1 message

**USPS_Shipping_Services@usps.com** <USPS_Shipping_Services@usps.com>     Mon, Feb 28, 2022 at 4:54 PM
To: daniel@lawdss.com



Sign in  |  Shipping History  |  Manage Your Mail  |  Customer Service

### USPS-Click-N-Ship® Payment Confirmation

Thanks for shipping with us, DANIEL SZALKIEWICZ!

Additional information regarding your label(s) can be found in your Shipping History. From your Shipping History you can Ship Again, track your package, or request a refund.

**Click-N-Ship® Payment Details**
**Acct #:** 57502249
**Transaction Number:** 557677142
**Transaction Date/Time:** 02/28/2022 03:52 PM CST
**Transaction Amount:** $5.10
**Payment Method:** AMEX-1005

**9400 1036 9930 0029 7177 94** (Sequence Number 1 of 1)
**Scheduled Delivery Date:**
**Shipped to:**
    ELITE LEGAL SERVICES OF NY INC.
    1603 FRANCIS LEWIS BLVD
    WHITESTONE NY 11357-3202

Learn more about requesting a refund online here.





**Need help?**
Search FAQs
1-800-ASK-USPS

Privacy Policy

usps.com

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.