Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff H.B.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| H. B.<br><br>  Plaintiff,<br><br>v.<br><br>Baila Sebrow<br><br>  Defendant | Case No. 2:21-cv-20706 |

**CERTIFICATE OF SERVICE OF MOTION FOR ATTORNEY FEES**

The undersigned certifies that on July 7, 2022, a true and correct copy of the motion for attorney fees (DE 10) was served on Defendant, Baila Sebrow, by United States Mail Priority Mail, Postage Prepaid to the said Defendant at 12 Beechwood Dr., Lawrence, New York 11559. I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2022
     New York, New York

                              Respectfully submitted,

                              /s/Daniel Szalkiewicz
                         By:  Daniel S. Szalkiewicz, Esq. (DS2323)

1