Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John Doe.<br><br>             Plaintiff,<br><br>      v.<br><br>Baila Sebrow<br><br>             Defendant | Case No. 2:21-cv-20706 |

**NOTICE OF MOTION TO DISMISS DEFENDANT**
**BAILA SEBROW'S COUNTERCLAIMS**

PLEASE TAKE NOTICE that on November 21, 2022, at 10:00 a.m., or such other time as fixed by the Court, the undersigned attorney for the plaintiff, JOHN DOE, will move before the United States District Court of the District of New Jersey, to dismiss Defendant Baila Sebrow's counterclaims against Plaintiff.

In support of this motion, the Plaintiff will submit the Declaration of Daniel S. Szalkiewicz, Esq and Brief in Support. A proposed Order is also submitted herewith pursuant to Local Rule 7.1(e).

Dated: October 21, 2022
       New York, New York

                                        Respectfully submitted,

                                        /s/Daniel Szalkiewicz
                                 By:    Daniel S. Szalkiewicz, Esq. (DS2323)

1