**From:**
**Sent:** Tuesday, September 04, 2018 11:03 AM
**To:**
**Subject:**

Begin forwarded message:

**From:** bsebrow@aol.com
**Subject:**
**Date:** August 29, 2018 at 4:08:15 PM EDT
**To:**

I am sorry about both emails on Aug 29 . None of it was true I was upset . I will not send again . I am sorry

Baila Sebrow
Jump to Toolbar