UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Baila Sebrow<br><br>　　　　　Defendant | Case No. 2:21-cv-20706 |

　　　　THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Memorandum of Law and Declaration submitted, and for good cause being shown,

　　　　IT IS on this _____ day of _____, 2022, ordered that defendant's counterclaims against plaintiff for fraudulent misrepresentation (first count), defamation (second count), and abuse of process (third count) are dismissed.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon.

1