IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>      Plaintiff,<br><br>v.<br><br>Baila Sebrow<br><br>      Defendant | Case No. 2:21-cv-20706 |

## PLAINTIFFS' LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1.1, Plaintiffs state that no person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated:  New York, New York
        November 8, 2022

**Daniel Szalkiewicz & Associates, P.C.**

*Daniel S. Szalkiewicz, Esq.*
By: Daniel S. Szalkiewicz, Esq. (DS2323)
23 W. 73rd Street, Suite 102
New York, New York 10023
(212) 706-1007
*Attorneys for Plaintiff*

1