# Daniel Szalkiewicz & Associates, P.C.     INVOICE

23 W. 73rd St., Ste. 102
New York, NY 10023

Invoice # 183
Date: 11/11/2022
Due On: 12/11/2022

Harvey Bell

## 00055-Bell

## Defamation Matter

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/01/2022 | DS | Review of court order in matter requiring meet and confe▓▓▓ and November 10, 2022 conference, | 0.10 | $45.00 |
| 11/01/2022 | DS | Drafting of correspondence to opposing counsel with copy of court order and requesting a meet and confer to discuss potential discovery dates | 0.10 | $45.00 |
| 11/02/2022 | DS | Review of correspondence from opposing counsel regarding meeting to discuss order, drafting of email to same with availability until 5:00 p.m. to discuss same, request call | 0.10 | $45.00 |
| 11/07/2022 | DS | Drafting of proposed discovery order, sent same to client and opposing counsel for review | 0.80 | $360.00 |
| 11/08/2022 | DS | Review of correspondence from opposing counsel stating he will look over the proposed discovery order, drafting of correspondence to same reminding counsel of deadline, | 0.20 | $90.00 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/09/2022 | DS | Drafting of correspondence to opposing counsel requesting feedback for joint proposed discovery order, preparation for conference with court | 0.30 | $135.00 |
| 11/10/2022 | DS | Telephone call with court regarding proposed discovery order, drafting of cover letter and changes to order, sent same to court for review | 0.40 | $180.00 |
| 11/10/2022 | DS | Attendance at court conference | 0.20 | $90.00 |
| | | | ▓▓▓ | ▓▓▓ |
| | | | ▓▓▓ | ▓▓▓ |