**Gmail**

Daniel Szalkiewicz <daniel@lawdss.com>

## Doe v. Sebrow
1 message

**Daniel Szalkiewicz** <daniel@lawdss.com>                                   Mon, Nov 21, 2022 at 1:44 PM
To: Ira W Heller <iwhelleresq@gmail.com>

Ira,

I hope all is well.

I just served you with the discovery demands and EBT notice.

Pursuant to the court's order, you were supposed to send Baila's initial disclosures by November 12, 2022.  We still have not received them.

Additionally, We are supposed to meet and discuss ESI discovery by today.  When would you like to talk?  I can do it later this week, but the holiday is on us.

Thank you.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033