# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

December 14, 2022

**Via ECF**

United States Magistrate Judge, Hon. Edward S. Kiel  
Frank R. Lautenberg U.S. Post Office & Courthouse Building  
2 Federal Square  
Newark, NJ 07102

    Re:    *John Doe v. Baila Sebrow*  
            *United States District Court, District of New Jersey*  
            *Case No.: 2:21-cv-20706*

Dear Magistrate Kiel,

    We represent the plaintiff in the above-referenced matter. Pursuant to this court's November 10, 2022 order, attached please find Plaintiff's confidential settlement memorandum. We have additionally attached three exhibits to detail the extreme measures the defendant went through to harass, defame, and alarm the plaintiff. Although they cause the length of the submission to exceed the 10-page limit, we pray the court reviews them in advance of the conference.

    Thank you in advance.

    Respectfully submitted,

    DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

    */s/ Daniel S. Szalkiewicz*

    By: Daniel S. Szalkiewicz, Esq.  
    daniel@lawdss.com

Co-Counsel:

Abraham Borenstein, Esq.  
Borenstein, McConnell & Calpin, P.C.