# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**BAILA SEBROW,**<br><br>      **Defendant.** | **Case No. 21–cv–20706–SDW–ESK**<br><br>**ORDER** |

**THIS MATTER** having come before the Court for a settlement conference on December 21, 2022 (Conference) (*see* ECF No. 18 ¶1); and defendant having failed to appear for the settlement conference;[1] and defendant's counsel having failed to serve the information required under Federal Rule of Civil Procedure 26(a)(1), as ordered by the Court (ECF No. 21); and for the additional reasons stated on the record at the Conference,

**IT IS** on this **21st** day of **December 2022** **ORDERED** that:

1. Plaintiff's counsel is directed to file an affidavit of services for preparation of plaintiff's settlement memorandum and for attendance at the Conference by **December 28, 2022**. Defendant may file a response to the affidavit by **January 4, 2023**.

2. Plaintiff is granted leave to file a motion for sanctions and other appropriate relief for defendant's failure to comply with the Court's orders of November 10, 2022 (ECF No. 18) and December 12, 2022 (ECF No. 21).

3. An in-person conference is scheduled for **January 18, 2023 at 2:00 p.m.** before Magistrate Judge Edward S. Kiel in Courtroom 8 of the United States Post Office and Courthouse. Defendant shall appear for the conference.

---

[1] The Court notes that defendant's counsel emailed a settlement memorandum to the Court but at the Conference, represented to the Court that he understood the Conference to be a scheduling conference for which defendant did not need to appear. The Court also notes that defendant's counsel telephoned chambers on December 20, 2022 and was advised that attendance by defendant was mandatory for the Conference.

4. Defendant's counsel shall serve a copy of this order on defendant by regular mail, certified mail (return receipt requested), and email by **December 27, 2022,** and file a certification of service confirming same. Defendant's counsel shall also order a transcript of the Conference and serve a copy of the transcript on defendant, in the same manner as above, within seven days of his receipt of the transcript and file a certification of service confirming same.

                                                 */s/ Edward S. Kiel*
                                                 **EDWARD S. KIEL**
                                                 **UNITED STATES MAGISTRATE JUDGE**