UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Baila Sebrow<br><br>　　　　Defendant | Case No. 2:21-cv-20706 |

THIS MATTTER having been brought before the court on the motion of the plaintiff, and upon notice to the defendant, and the court having reviewed the Memorandum of Law and Declaration submitted, and for good cause being shown,

IT IS on this _____ day of _____, 2023, ordered that Plaintiff's motion to strike defendant's answer is granted and a default is entered against Defendant. This matter is set down for an inquest on damages on _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon.

1