# Activities Export

12/23/2022
10:29 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/14/2022 | | Begin drafting of settlement agreement<br>Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 0.50h | $450.00 | - | $225.00 |



# Activities Export

12/23/2022
10:29 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/22/2022 | | Continued drafting of settlement memorandum. Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 0.90h | $450.00 | - | $405.00 |
| 12/05/2022 | | Drafting of email to opposing counsel, continued drafting of settlement memorandum Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 0.60h | $450.00 | - | $270.00 |
| 12/09/2022 | | Continued drafting of settlement memo, preparation of text messages to present to court Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 1.40h | $450.00 | - | $630.00 |
| 12/12/2022 | | Continued drafting of settlement memorandum Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 1.20h | $450.00 | - | $540.00 |
| 12/13/2022 | | Review of redlined version of memo from co counsel, incorporated changes into | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 0.30h | $450.00 | - | $135.00 |
| | | | | | | | $ | $ |

# Activities Export

12/23/2022
10:29 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | sent same, filed same with court<br>Billed invoice 190 | | | | | | |
| 12/16/2022 | | Review of letter from Heller to court regarding settlement conference, drafting of email to client regarding same<br>Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 0.20h | $450.00 | - | $90.00 |
| 12/17/2022 | | Review of emails from client concerning Heller's 12.16.22 letter to court, telephone call with same regarding the letter<br>Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 0.30h | $450.00 | - | $135.00 |
| 12/20/2022 | | Conversation with client, drafting of correspondence to court, sent same<br>Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 0.30h | $450.00 | - | $135.00 |
| 12/21/2022 | | Review of information in advance of conference, preparation for and attendance at settlement conference, review of court order<br>Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 4.70h | $450.00 | - | $2,115.00 |


$ 
$ 

# Activities Export

12/23/2022
10:29 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Billed invoice 190 | | | | | | |
| 12/21/2022 | | NO CHARGE: meeting with witness regarding text messages<br>Billed invoice 190 | 00055-Bell Defamation Matter | Daniel Szalkiewicz | 2.10h | $0.00 | - | $0.00 |
| | | | | | [redacted] | | $[redacted] | $[redacted] |