# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) **CASE NUMBER:** |
| | ) 2:21−CV−20706−SDW−ESK |
| **Plaintiff** | ) |
| **v.** | ) |
| **BAILA SEBROW** | ) **CERTIFICATION OF SERVICE** |
| **Defendant** | ) |

I, IRA W. HELLER, being over the age of 18, personally sent a copy of the December 21, 2022 Order of the United States District Court, District of New Jersey, via electronic mail (email), to the Defendant in this matter, Ms. Betty Sebrow, at the email address bsebrow@aol.com.

I certify that the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: December 27, 2022

_____
Ira W. Heller, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | ) |
| | ) CASE NUMBER: |
| | ) 2:21−CV−20706−SDW−ESK |
| Plaintiff | ) |
| v. | ) |
| BAILA SEBROW | ) CERTIFICATION OF SERVICE |
| Defendant | ) |

I, LARISSA SUFARU, being over the age of 18, personally mailed a copy of the December 21, 2022 Order of the United States District Court, District of New Jersey, via regular First Class United States mail and Certified United States Mail, to the Defendant in this matter, Ms. Betty Sebrow, residing at 12 Beechwood Drive, Lawrence, New York, 11559.

I certify that the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: December 27, 2022

_____
Larissa Sufaru

1