

**IRA HELLER LAW, LLC**
IRA W. HELLER, ESQ.
(MEMBER OF BAR - NJ & NY)

1317 Morris Avenue, Union, NJ 07083
Tel: 908-275-8626 / Fax: 908-349-3005
iwhelleresq@gmail.com

December 28, 2022

**VIA ECF FILING**
United States Magistrate Judge Edward S. Kiel
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

> Re: John Doe v. Baila Sebrow
> United States District Court, District of New Jersey
> Case No.: 2:21-cv-20706

Dear Judge Kiel,

     As Your Honor is aware, my Law Office represents the Defendant in this matter, Ms. Betty Sebrow. I am pleased to report that my contact information has now been updated in the ECF system, and I am currently receiving timely notices from the Court on my active email address.

     Referencing Your Honor's December 21, 2022 Order, which was timely served upon my client, Ms. Betty Sebrow, I am informed of Your Honor's having scheduled a hearing on January 18, 2023, with mandatory personal appearances from all parties. I beg Your Honor's pardon, but I and my family have plans to visit my elderly mother in Florida beginning January 12, 2023, until January 23, 2023. I will gladly produce my flight itinerary for Your Honor upon request. I have notified Mr. Szalkiewicz of my conflict, and he has given his consent to adjourn to a later date. In regard to scheduling an adjournment date, other than February 7th, 8th, and 10th, my schedule is open. The case currently being heard in the New Jersey Superior Court with the same parties and same facts and circumstances is also due to resume in February, however, I am still awaiting word from the Court on the scheduled date.

     Regarding Your Honor's directive to order the written transcript of the December 21, 2022 Hearing, the transcript has been ordered. Upon receiving the transcript, I will serve same upon my client as per Your Honor's Order.

     Thanking Your Honor for your attention to this matter.

                                          Respectfully,

                                          Ira W. Heller, Esq.

cc: Daniel Szelkiewicz, Esq.
    *Attorney for Plaintiff*