# Daniel Szalkiewicz
# & Associates

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
lawdss.com

December 29, 2022

**Via CEF**
United States Magistrate Judge Edward S. Kiel
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

*Re:     John Doe v. Baila Sebrow*
*United States District Court, District of New Jersey*
*Case No.: 2:21-cv-20706*

Dear Magistrate Kiel,

We represent the plaintiff in the above-referenced matter.  It is my understanding that Mr. Heller is on vacation to visit his mother from January 12, 2023, until January 23, 2023.  Since we still have not received the discovery responses or the initial disclosures, my client wishes to have this matter heard expeditiously.

Our office is available for the settlement conference all day on January 25, 2023 and January 30, 2023.  We are also available on January 24, 2023 and 26 after 12:00 P.M.

Thank you.

Very Truly Yours,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

By: Daniel S. Szalkiewicz, Esq.
*daniel@lawdss.com*

Daniel Szalkiewicz & Associates, P.C.