# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**BAILA SEBROW,**<br><br>　　　　**Defendant.** | Case No. 21–cv–20706–SDW–ESK<br><br><br>ORDER |

**THIS MATTER** having come before the Court for continuing settlement conference on January 26, 2023; and plaintiff having filed a motion to strike on December 27, 2023 (Motion) (ECF No. 24); and for the reasons stated on the record at the conference,

**IT IS** on this   **26th** day of **January 2023**   **ORDERED** that:

　　1.　The Motion is **DENIED** as moot.  The Clerk of the Court is directed to terminate the Motion at ECF No. 24.

　　2.　Defendant is ordered to appear for her deposition at the Offices of Borenstein, McConnell & Calpin, P.C. on **January 31, 2023 at 10:00 a.m.**

　　3.　The period for fact discovery is extended through **March 30, 2023**.  All depositions of fact witnesses must be completed by the close of fact discovery.  No fact discovery shall be issued or engaged in beyond that date, except for *exceptional circumstances* shown.

　　4.　A telephone status conference is scheduled for **April 5, 2023 at 10:30 a.m.** before Magistrate Judge Edward S. Kiel.  The dial in number is 1-888-684-8852 and the access code is 310-0383#.

　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**