Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John Doe,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Baila Sebrow<br><br>　　　　Defendant. | Case No. 2:21-cv-20706-SDW-ESK<br><br>**MOTION FOR LEAVE FOR PLAINTIFF TO APPEAR ANONYMOUSLY AND SEAL THE RECORD** |

　　　　PLEASE TAKE NOTICE that Plaintiffs, by and through his undersigned counsel, Daniel Szalkiewicz & Associates, P.C. and Borenstein, McConnell & Calpin, P.C., shall move before the Honorable Edward S. Kiel, on upon the accompanying Memorandum of Law, the Certification of John Doe dated February 8, 2023, and the exhibits annexed thereto, Plaintiff John Doe will move the Court, on February 29, 2023, for an Order granting Plaintiff permission to proceed under a pseudonym and directing all parties to refer to Plaintiff as John Doe in all filings, and to seal Docket Entry 13.

Dated:　New York, New York
　　　　February 8, 2023

　　　　　　　　　　　　　　　　　　Daniel Szalkiewicz & Associates, P.C.
　　　　　　　　　　　　　　　　　　By:　　*/s/ Daniel S. Szalkiewicz*
　　　　　　　　　　　　　　　　　　Daniel S. Szalkiewicz, Esq.
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff John Doe*
　　　　　　　　　　　　　　　　　　23 West 73rd Street, Suite 102
　　　　　　　　　　　　　　　　　　New York, NY 10023
　　　　　　　　　　　　　　　　　　Tel: (212) 706-1007
　　　　　　　　　　　　　　　　　　Fax: (914) 500-2315
　　　　　　　　　　　　　　　　　　daniel@lawdss.com