Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John Doe, | Case No. 2:21-cv-20706-SDW-ESK |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Baila Sebrow | |
| Defendant. | |

This matter having come before the Court on the motion of Plaintiff John Doe, by his counsel, Daniel Szalkiewicz & Associates, P.C., for Leave to Proceed under Pseudonym and to restrict access to Docket No. 13; and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

**IT IS** on this _____ day of _____, 2023,

**ORDERED** that Plaintiff John Doe's Motion for Leave to Proceed under Pseudonym is **GRANTED**; and it is further

**ORDERED** that any reference to Plaintiff within the docket will be made accordingly to John Doe; and it is further

**ORDERED** that any documents containing references to John Doe's actual name are to be redacted accordingly, with unredacted versions filed under seal if necessary pursuant to Local Civil Rue 5.3.

**ORDERED** that Docket No. 13, containing Plaintiff's real name, is sealed and the clerk

shall restrict access to the docket.

_____
**Edward S. Kiel**
**United States Magistrate Judge**