Gmail

Ira W Heller <iwhelleresq@gmail.com>

## Fw: PRE-PURIM BLAST FOR SINGLES AGES 30-45 SUN. FEB. 25TH KINGSWAY JEWISH CENTER BALLROOM

1 message

**bsebrow** <bsebrow@aol.com>
To: "Ira W. Heller" <iwhelleresq@gmail.com>

Mon, Jul 26, 2021 at 4:19 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Baila Sebrow <bsebrow@aol.com>
> **Date:** January 23, 2018 at 6:59:02 PM EST
> **To:** [redacted]
> **Subject: Re: PRE-PURIM BLAST FOR SINGLES AGES 30-45 SUN. FEB. 25TH KINGSWAY JEWISH CENTER BALLROOM**
>
> Why are you doing this to me?
>
> Sent from my iPhone
>
> On Jan 23, 2018, at 6:58 PM, [redacted] wrote:
>
>> Maybe Ill go if YOU will blow me. Nice pussy pictures I have of you.
>>
>>> On Jan 23, 2018, at 4:16 PM, Baila Sebrow Events <bsebrow@aol.com> wrote:

# ANNUAL PRE-PURIM BLAST

### FOR FRUM SINGLES AGES 30-45

## SUNDAY FEBRUARY 25TH, 2018
## 6:00 PM
## KINGSWAY JEWISH CENTER BALLROOM

-SMORGASBORD OF DELICACIES-
INCLUDING HOT AND COLD DISHES

-WINE BAR-

-MUSICAL ENTERTAINMENT-
EXCITING LINE-UP OF FAMOUS PROFESSIONAL SINGERS

SHADCHANIM AND FACILITATORS

**PLUS RAFFLES AND PRIZES**
**ADMISSION: $36**
**TO BENEFIT: PROJECT MAZON**

**CONTACT: BAILA SEBROW (516) 849-5863**
**BSEBROW@AOL.COM**

**PRESENTED BY BAILA SEBROW EVENTS, LLC.**
**A JOINT PROJECT WITH THE JCC OF MARINE PARK**
**L'ZECHER NISHMAS DOVID SHMUEL BEN YOSEF MORDECHAI, Z"L**