


### PRE-PURIM BLAST FOR SINGLES AGES 30-45 SUN. FEB. 25TH KINGSWAY JEWISH CENTER BALLROOM

**Baila Sebrow** <bsebrow@aol.com>  Tue, Jan 23, 2018 at 7:07 PM
To: XXXXXXXXXXXXXXXXXX

Banana Boy and the Chef will be there. Dr. Sleaze can't. He's still married.

Sent from my iPhone

On Jan 23, 2018, at 7:00 PM, XXXXXXXXXXXXXXXX wrote:

> Banana boy ,dr sleeze and the Chef will be there
>
>> On Jan 23, 2018, at 6:59 PM, Baila Sebrow <bsebrow@aol.com> wrote:
>>
>> Haha
>>
>> Sent from my iPhone
>>
>> On Jan 23, 2018, at 6:58 PM, XXXXXXXXXXXXXXXX wrote:
>>
>>> Maybe Ill go if YOU are there
>>>
>>>> On Jan 23, 2018, at 4:16 PM, Baila Sebrow Events <bsebrow@aol.com> wrote:

### ANNUAL PRE-PURIM BLAST

**FOR FRUM SINGLES AGES 30-45**

**SUNDAY FEBRUARY 25TH, 2018**
**6:00 PM**
**KINGSWAY JEWISH CENTER BALLROOM**
**2902 KINGS HIGHWAY BROOKLYN, NY**

-SMORGASBORD OF DELICACIES-
INCLUDING HOT AND COLD DISHES

-WINE BAR-

-MUSICAL ENTERTAINMENT-
EXCITING LINE-UP OF FAMOUS PROFESSIONAL SINGERS

SHADCHANIM AND FACILITATORS

PLUS RAFFLES AND PRIZES
ADMISSION: $36
TO BENEFIT: PROJECT MAZON

CONTACT: BAILA SEBROW (516) 849-5863
BSEBROW@AOL.COM

PRESENTED BY BAILA SEBROW EVENTS, LLC.

### A JOINT PROJECT WITH THE JCC OF MARINE PARK
#### L'ZECHER NISHMAS DOVID SHMUEL BEN YOSEF MORDECHAI, Z"L



STAY CONNECTED:



Baila Sebrow Events, 12 Beechwood Drive, Lawrence, NY 11559

SafeUnsubscribe™ ✗✗✗✗✗✗✗✗✗

Forward this email | Update Profile | About our service provider

Sent by bsebrow@aol.com