1                    UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
2                    CASE NO. 2:21CV-20706 (SDW)(ESK)

3     -----------------------------------

4     JOHN DOE,                          :

5                    Plaintiff,          :

6              vs.                       :

7     BAILA SEBROW,                      :

8                    Defendant.          :

9     -----------------------------------

10                 VIDEOTAPED DEPOSITION OF:
                         BETTY SEBROW
11               TUESDAY, JANUARY 31, 2023
                         10:34 a.m.

12

13

14

15

16

17

18

19

20

21

22              ROSENBERG & ASSOCIATES, INC.
        Certified Court Reporters & Videographers
23               23 Vreeland Road, Suite 204
                Florham Park, New Jersey 07932
24           (973) 228-9100     (800) 662-6878
                www.rosenbergandassociates.com

25

```
 1          A      That's correct.
 2          Q      Okay.  What we're going to do now is
 3   we're going to put on the screen and mark for
 4   identification as Exhibit-6 documents which
 5   internally we have identified as MM, Mary Mary,
 6   which we call discovery in federal court Baila's
 7   answers to rogs and docs.  That's just lawyer talk
 8   for how we're identifying the document.  And then
 9   I'll ask you some questions about it, okay?
10               (Whereupon, Exhibit Sebrow-6, answers
11               to interrogatories, was marked for
12               identification.)
13          Q      If it is necessary for you to go
14   closer to the screen so that you can read things
15   more easily -- or you want us to enlarge it?
16          A      If you can enlarge it.
17          Q      What I'm going to do is, I am going to
18   ask you to take a look at what's on the screen so
19   far and I'm going to ask you what you have there is
20   what lawyers called a caption and then on the right
21   you have the case number and you have the heading
22   called Defendant's Response to Plaintiff's First Set
23   of Interrogatories.
24               Do you see that?
25          A      Yes.
```

54

1          Q      Have you ever seen that before?

2          A      No.

3          Q      Let's go to the --

4                 MR. BORENSTEIN:  Scroll down, please.

5      Share the whole page as much as you can there.

6          Q      You have all this material on the

7      first page which has number one through five.

8                 Have you ever seen that before?

9          A      No.

10         Q      Let's go to the second page.  Which is

11     page two.  Doesn't have a page number but it's item

12     six through fifteen.

13                Have you ever seen that before?

14         A      No.

15         Q      Let's go to the next page.  Which

16     continues with items sixteen through nineteen.  And

17     then in the middle of the page it says responses and

18     objections.

19                Have you ever seen that before?

20         A      No.

21         Q      Let's go all the way down to one, two

22     and three.  You see there are three answers to

23     interrogatories.  Did you see that?  Scrolling?

24         A      I see it on the screen, yes.

25         Q      Okay.  Let's go to the next page.  It

1    says interrogatory four, interrogatory five,

2    interrogatory six, and part of interrogatory number

3    seven.  Do you see that now?

4            A     Yes.

5            Q     Have you ever seen that before?

6            A     No.

7            Q     Let's continue to the next page.  It

8    says interrogatory eight, interrogatory nine,

9    interrogatory ten, interrogatory eleven,

10   interrogatory twelve, interrogatory thirteen.

11               Have you ever seen that before?

12           A     No.

13           Q     Let's go to the last page which says

14   interrogatory fourteen, interrogatory fifteen,

15   interrogatory sixteen, interrogatory seventeen,

16   interrogatory eighteen, interrogatory nineteen.

17               Have you ever seen those before?

18           A     No.

19           Q     Do you see that it's dated January 5,

20   2023?

21           A     Yes.

22           Q     And do you see that on the right is

23   Ira W. Heller, Esquire's name?

24           A     Yes.

25           Q     Did you ever see Mr. Heller sign his

1   name to the document?

2          A      Have I ever seen his signature?

3          Q      Did you see him sign?   Physically see

4   him sign?

5          A      I don't recall.

6          Q      Did you personally ever read this

7   entire document called Defendant's Response to

8   Plaintiff's First Set of Interrogatories at any

9   time?

10         A      No, sir, I have not seen this

11  document.

12         Q      Do you understand that this document

13  represents your answers to questions that were posed

14  by the attorneys for the Plaintiff John Doe in this

15  case?

16         A      Can you repeat that question.

17         Q      Sure.   I'll ask the court reporter to

18  read it back.

19                (Whereupon, the last question was

20            read back by the reporter.)

21         A      The questions today?

22         Q      Questions in writing which were sent

23  --

24         A      I haven't read the whole thing.  You

25  went through it quickly but I -- not really sure how

1  to answer this quickly.

2       Q      Okay.  Fine.  I'll withdraw the

3  question.

4              Let's take a look at interrogatory

5  number four.  I want questions first.  Do we have

6  the questions?

7              MR. SZALKIEWICZ:  They're gonna be a

8       separate document.

9       Q      Let's go off the record for a second

10 so we can find it.

11             THE VIDEOGRAPHER:  The time is

12       currently 11:47 a.m.  We're going off the

13       record for media unit number one.  We are off

14       the record.

15             (Whereupon, a brief recess was

16          taken.)

17             THE VIDEOGRAPHER:  The time is

18       currently 11:57 a.m.  We are back on the record

19       for media unit number one.

20 BY MR. BORENSTEIN:

21       Q      At this time we are going to mark for

22 identification as Sebrow Exhibit-7 document called

23 Plaintiff's First Set of Interrogatories.

24             (Whereupon, Exhibit Sebrow-7,

25          Plaintiff's First Set of Interrogatories,