Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John Doe,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Baila Sebrow<br><br>　　　　　Defendant. | Case No. 2:21-cv-20706-SDW-ESK<br><br>**ORDER** |

　　　　This matter having come before the Court on the motion of Plaintiff John Doe, by his counsel, Daniel Szalkiewicz & Associates, P.C., for Leave to Proceed under Pseudonym and to restrict access to Docket No. 13; and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

　　　　**IT IS** on this   **10th**   day of  **February**  , 2023,

　　　　**ORDERED** that Plaintiff John Doe's Motion for Leave to Proceed under Pseudonym (**ECF No. 34**) is **GRANTED**; and it is further

　　　　**ORDERED** that any reference to Plaintiff within the docket will be made accordingly as John Doe hereafter; and it is further

　　　　**ORDERED** that any documents containing references to John Doe's actual name filed hereafter are to be redacted accordingly, with unredacted versions filed under seal pursuant to Local Civil Rue 5.3; and it is further

　　　　**ORDERED** that the document filed under Docket No. 13, containing Plaintiff's real name,

is sealed and the clerk shall restrict access thereto; and it is further

**ORDERED** that defendant's counsel shall file on the electronic docket a version of the answer and counterclaim now sealed under ECF No. 13 that redacts any reference to John Doe's actual name in any form by February 21, 2023.

*/s/ Edward S. Kiel*
_____
**Edward S. Kiel**
**United States Magistrate Judge**