# COMPLAINT - WARRANT

**COMPLAINT NUMBER:** 0722 W 2021 000187
COURT CODE / PREFIX / YEAR / SEQUENCE NO.

WEST ORANGE MUNICIPAL COURT
60 MAIN STREET
WEST ORANGE      NJ  07052-0000
973-325-4080   COUNTY OF: ESSEX

*THE STATE OF NEW JERSEY*
*VS.*
BETTY   SEBROW
ADDRESS: 12 BEECHWOOD DRIVE
LAWRENCE              NY  11559-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 21023680 |

COMPLAINANT NAME: R DWYER
60 MAIN STREET
ATTN: WARRANTS
WEST ORANGE    NJ  07052

**DEFENDANT INFORMATION**
SEX: F   EYE COLOR: BROWN   DOB: 02/01/1964
DRIVER'S LIC. #:                         DL STATE:
SOCIAL SECURITY #:              SBI #:
TELEPHONE #: 516-849-5863  (C)
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 08/02/2021 in WEST ORANGE TOWN, ESSEX County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, PURPOSELY OR KNOWINGLY DISOBEY A JUDICIAL ORDER SPECIFICALLY BY, SENDING THE VICTIM A TWEET OF AN ONLINE JEWISH DATING GATHERING FOR HIM TO ATTEND VIA TWITTER AGAINST THE GUIDELINES OF THE TEMPORARY RESTRAINING ORDER IN VIOLATION OF N.J.S.A 2C:29-9A A FOURTH DEGREE CRIME.

**In violation of:**

| | | | |
|---|---|---|---|
| Original Charge | 1) 2C:29-9A | 2) | 3) |
| Amended Charge | | | |

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: R DWYER                         Date: 08/03/2021

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of ESSEX at the following address: ESSEX COUNTY COURTS
VETERANS COURTHOUSE      50 WEST MARKET STREET      NEWARK   NJ 07102-0000
Date of Arrest:       Appearance Date:        Time:        Phone: 973-776-9300

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

_____  _____  _____  _____
Signature of Court Administrator or Deputy Court Administrator   Date    Signature of Judge   Date

☑ Probable cause IS found for the issuance of this complaint.  DENNIS   DOWD JUDICIAL OFFICER   08/03/2021
Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
(if different from judicial officer that issued warrant)

☑ **Domestic Violence – Confidential**    ☐ Related Traffic Tickets or Other Complaints    ☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 7

# COMPLAINT – WARRANT (Court Action)

**COMPLAINT NUMBER:** 0722 - W - 2021 - 000187

(COURT CODE - PREFIX - YEAR - SEQUENCE NO.)

**STATE V.** BETTY SEBROW

| FTA Bail Information | Date Bail Set: | Amount Bail Set: $ | by: | ☐ Bail Recog. Attached |
|---|---|---|---|---|
| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | | Date Referred to County Prosecutor: |

| Date of First Appearance: | ☐ Advised of Rights by _____ | Defendant Desires Counsel: ☐ Yes ☐ No |
|---|---|---|

### Prosecuting Attorney Information
Name:
State | County | Municipal | Other

### Defense Counsel Information
Name:
None | Retained | Public Def | Assigned | Waived | Other

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:29-9A | | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:   Date: | Plea:   Date: | Plea:   Date: |
| Adjudication (* see code) | Finding Code:   Date: | Finding Code:   Date: | Finding Code:   Date: |
| Jail Term | Jail time credit   Susp. Imp | Jail time credit   Susp. Imp | Jail time credit   Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:   Costs: | Fines:   Costs: | Fines:   Costs: |
| VCCB/SNSF | VCCB:   SNSF: | VCCB:   SNSF: | VCCB:   SNSF: |
| DEDR/Lab Fee | DEDR:   LAB: | DEDR:   LAB: | DEDR:   LAB: |
| CD Fee/Drug Ed Fnd | CD:   DAEF: | CD:   DAEF: | CD:   DAEF: |
| DV Surch/Other Fees | DV:   Other: | DV:   Other: | DV:   Other: |
| Restitution Beneficiary: | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**\* Finding Codes**
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P - Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

**Related Traffic Tickets and Complaints:**

JUDGE'S SIGNATURE   DATE

COMPLAINT-WARRANT (Court Action)
Page 2 of 7

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | |
|---|---|---|
| 0722 | W 2021 | 000187 |
| COURT CODE / PREFIX | YEAR | SEQUENCE NO. |

WEST ORANGE MUNICIPAL COURT
60 MAIN STREET
WEST ORANGE        NJ  07052-0000
973-325-4080
COUNTY OF: ESSEX

*THE STATE OF NEW JERSEY*
*VS.*
BETTY   SEBROW

ADDRESS: 12 BEECHWOOD DRIVE
LAWRENCE                          NY  11559-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 21023680 |

COMPLAINANT NAME: R   DWYER

**DEFENDANT INFORMATION**
SEX: F   EYE COLOR: BROWN   DOB: 02/01/1964
DRIVER'S LIC. #:                           DL STATE:
SOCIAL SECURITY #:          SBI #:
TELEPHONE #: 516-849-5863   (C)
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 08/02/2021 in   WEST ORANGE TOWN   ,   ESSEX   County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, PURPOSELY OR KNOWINGLY DISOBEY A JUDICIAL ORDER SPECIFICALLY BY, SENDING THE VICTIM A TWEET OF AN ONLINE JEWISH DATING GATHERING FOR HIM TO ATTEND VIA TWITTER AGAINST THE GUIDELINES OF THE TEMPORARY RESTRAINING ORDER IN VIOLATION OF N.J.S.A 2C:29-9A A FOURTH DEGREE CRIME.

in violation of:

| Original Charge | 1) 2C:29-9A | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

Signed: R   DWYER                                           Date: 08/03/2021

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of ESSEX at the following address: ESSEX COUNTY COURTS
VETERANS COURTHOUSE      50 WEST MARKET STREET      NEWARK      NJ 07102-0000
Date of Arrest:         Appearance Date:         Time:         Phone: 973-776-9300

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator   Date         Signature of Judge         Date

☑ Probable cause **IS** found for the issuance of this complaint.   DENNIS   DOWD   JUDICIAL OFFICER   08/03/2021
Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON; PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____   by: _____
(if different from judicial officer that issued warrant)

☑ **Domestic Violence -- Confidential**
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

COMPLAINT - WARRANT (DEFENDANT'S COPY)

Page 3 of 7         NJ/CDR2(1/1/2017)

# COMMITMENT

| COMPLAINT NUMBER | | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|---|
| 0722 | W | 2021 | 000187 | | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | | BETTY SEBROW |

WEST ORANGE MUNICIPAL COURT
60 MAIN STREET
WEST ORANGE    NJ 07052-0000
973-325-4080    COUNTY OF: ESSEX

ADDRESS: 12 BEECHWOOD DRIVE
LAWRENCE    NY 11559-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 21023680 |

COMPLAINANT NAME: R DWYER
60 MAIN STREET
ATTN: WARRANTS
WEST ORANGE    NJ 07052

DEFENDANT INFORMATION
SEX: F   EYE COLOR: BROWN   DOB: 02/01/1964
DRIVER'S LIC. #.                        DL STATE:
SOCIAL SECURITY #:    SBI #:
TELEPHONE #: 516-849-5863 (C)
LIVESCAN PCN #:

**To any Law Enforcement Official of New Jersey, You are commanded to transport this defendant to the Warden of this county who is required to keep the defendant in custody until a release or detention decision is made.**

| | Offense | Aux Offense | Drug Code | Degree | Offense Description |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

Commitment Reason:

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of ESSEX at the following address: ESSEX COUNTY COURTS
VETERANS COURTHOUSE    50 WEST MARKET STREET    NEWARK    NJ 07102-0000

Date of Arrest:                                                                 Phone: 973-776-9300

_____                    _____
Signature and Title of Judicial Officer Issuing Warrant              Date

COMMITMENT
Page 4 of 7

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|---|
| 0722 | W | 2021 | 000187 | | VS. |
| COURT CODE | PREFIX | | PART | SEQUENCE NO | BETTY SEBROW |

WEST ORANGE MUNICIPAL COURT
60 MAIN STREET
WEST ORANGE                NJ   07052-0000
973-325-4080
COUNTY OF: ESSEX

ADDRESS:
12 BEECHWOOD DRIVE

LAWRENCE                        NY   11559-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
| --- | --- | --- |
| 1 | | 21023680 |

COMPLAINANT NAME: R DWYER
60 MAIN STREET
ATTN: WARRANTS
WEST ORANGE      NJ   07052

DEFENDANT INFORMATION
SEX: F   EYE COLOR: BROWN   DOB: 02/01/1964
DRIVER'S LIC. #.                                DL STATE:
SOCIAL SECURITY #:            SBI #:
TELEPHONE #: 516-849-5863   ( C )
LIVESCAN PCN #:

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed and (2) the defendant is the one who committed it:

On 08/02/2021, the victim stated that he received a Tweet on Twitter, a social media application from his ex-girlfriend. The victim stated he is aware of the defendant committing the act due to the fact that the tweet came from her Twitter account labeled Baila Sebrow. The victim added that Baila is her Hebrew name. Victim stated that the defendant is a match maker in the Jewish Community and invited him to a gathering for single Jewish individuals. Victim stated that she is big into communication via the internet and has harassed him before via the internet and feels like this was a shot at him due to the fact they did not see eye to eye on the break up.

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 0722 | W | 2021 | 000187 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

**THE STATE OF NEW JERSEY**
**VS.**
**BETTY SEBROW**

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

I am aware of the facts above because the victim responded to headquarters with his attorney to report the incident. The victim reported that on 08/02/2021 around 0972 hours, he received a Tweet on Twitter, a social media application from his ex-girlfriend who he has a TRO against. Within the tweet, was a link to a Jewish dating/gathering party that his ex-girlfriend was running. While speaking with the victim, he stated that she is a match maker in the Jewish Community and knows the internet very well and does not think this is a mistake on her part. There is an active restraining order which indicates that she is not to communicate with him an any point in time. Victim also adds that the restraining order was for harassment via the internet and thinks that this is another shot at him.

3. If victim was injured, provide the extent of the injury:

Victim was not injured as a result of the incident. Victim already has a TRO in place and did not wish to speak with DVRT before leaving HQ.

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: R DWYER LAW ENFORCEMENT OFFICER    Date: 08/03/2021

# Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 0722 | W | 2021 | 000187 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

WEST ORANGE MUNICIPAL COURT
60 MAIN STREET
WEST ORANGE    NJ  07052-0000
973-325-4080   COUNTY OF: ESSEX

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 21023680 |

COMPLAINANT NAME: R DWYER
60 MAIN STREET
ATTN: WARRANTS
WEST ORANGE    NJ   07052

*THE STATE OF NEW JERSEY*
*VS.*
BETTY SEBROW

ADDRESS: 12 BEECHWOOD DRIVE
LAWRENCE    NY  11559-0000

DEFENDANT INFORMATION
SEX: F   EYE COLOR: BROWN   DOB: 02/01/1964
DRIVER'S LIC. #.                                    DL STATE:
SOCIAL SECURITY #:                SBI #:
TELEPHONE #: 516-849-5863  (C)
LIVESCAN PCN #:

**Purpose:** The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

—The offense involved domestic violence.
  • DVCR was checked.
    * Located history relevant to this offense: FV0700026522

—Defendant characteristics include:
  • The defendant has a history of stalking, harassment, or terroristic threats (toward any victim)

—The offense/incident was recorded using electronic/surveillance via:
  • Body-Worn Camera

—The defendant was known to the victim as:
  • Other/Explain ex-girlfriend

**Certification:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____ R DWYER LAW ENFORCEMENT OFFICER              Date: 08/03/2021