**Brad Arlen**

---

| | |
|---|---|
| **From:** | Abraham Borenstein <borenlaw3@gmail.com> on behalf of Abraham Borenstein <avi@bmclawyers.net> |
| **Sent:** | Monday, August 2, 2021 11:07 AM |
| **To:** | Brad Arlen; Anthony Farber; Judith Polinchock; Abraham Borenstein; Abraham Borenstein |
| **Subject:** | Fwd: Baila Sebrow Tweeted: DATING FORUM - The 5 Towns Jewish Times |

Sent from my iPhone

Begin forwarded message:

> **From:** Harvey Bell <harvey.j.bell@gmail.com>
> **Date:** August 2, 2021 at 9:47:55 AM EDT
> **To:** Abraham Borenstein <borenlaw3@gmail.com>
> **Subject: Fwd: Baila Sebrow Tweeted: DATING FORUM - The 5 Towns Jewish Times**
>
> Begin forwarded message:
>
> **From:** Twitter <info@twitter.com>
> **Subject: Baila Sebrow Tweeted: DATING FORUM - The 5 Towns Jewish Times**
> **Date:** August 2, 2021 at 9:25:54 AM EDT
> **To:** Harvey bell <harveybell@earthlink.net>

*[Annotation, handwritten in red with arrow pointing to the "From: Twitter" line:]* This email came from Twitter and NOT from Ms. Sebrow. Accordingly, this email was not a result of any initiative on the part of Ms. Sebrow to contact Mr. Bell, but rather, a direct result of the fact that Mr. Bell is actively following Ms. Sebrow's Twitter site, and actively requested email alerts of her postings



# Your Highlights



**Baila Sebrow**
@BSebrow

DATING FORUM - The 5 Towns Jewish Times

### DATING FORUM - The 5 Towns Jewish Times

By Baila Sebrow Question My name is Haim, and I am a 27-year-old bachur who struggles with sl... more

5tjt.com

**Houston Rockets**
@HoustonRockets

The future is now. 🚀

81    980    4.3K

**PM of Israel**
@IsraeliPM

The Cabinet approved the 2021-2022 state budget was formulated by Finance Minister Liberman and his ministry.

Prime Minister Naftali Bennett:
"Israel has a budget, a budget of a government that cares. After 3 years o[f] stalemate, Israel is back to work."

gov.il/en/departments…

7    20    86

**Indiana Pacers**
@Pacers

draft night was one to remember 🔥

5    23    170

Israel Foreign Ministry Retweeted

**Israel** ישראל
@Israel

On June 14th, #Israel IL swore in its 36th government.

Meet our newest & most diverse government yet.

20    46    280

**Toronto Raptors**
@Raptors

Birthday with the family. #WeTheNorth

59    240    2.4K

See more on Twitter

Help | Privacy | Reset password | Download app

We sent this email to @613chaim. Unsubscribe

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103