1) **Twitter 'Settings' under 'Profile' lists who you are following and who follows you**



2) **To follow someone, you must search for them, and then click on 'Follow'**



3) **To the receive alerts (including SMS and Email) you must subscribe in 'Notifications'**
   **By default notifications are set to Off**





4) To Unfollow, simply click on the user you no longer want to follow



5) All settings are individual to accounts and can only be set by account owner.