# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

February 16, 2023

**Via CEF and Email**

United States Magistrate Judge Edward S. Kiel  
Frank R. Lautenberg U.S. Post Office & Courthouse Building  
2 Federal Square  
Newark, NJ 07102

Re: *John Doe v. Baila Sebrow*  
*United States District Court, District of New Jersey*  
*Case No.: 2:21-cv-20706*

Dear Magistrate Kiel,

We represent the plaintiff in the above-referenced matter. On February 10, 2023, this court granted Plaintiff's motion to proceed as "John Doe" (DE 34). The order also required "that any reference to Plaintiff within the docket will be made accordingly as John Doe hereafter" and "that any documents containing references to John Doe's actual name filed hereafter are to be redacted accordingly, with unredacted versions filed under seal pursuant to Local Civil Rue 5.3[.]"

On February 16, 2023, Defendant uploaded a letter and four exhibits (DE 39), each exposing Plaintiff's true name. In his letter, Counsel uses Plaintiff's true name 20 times. Each of Defendant's exhibits also use Plaintiff's name multiple times.

It is respectfully requested that Docket Entry 39 and the corresponding exhibits be sealed from public view as they blatantly violate this court's order.

Thank you.

Respectfully submitted,

*Daniel S. Szalkiewicz, Esq.*

By: Daniel S. Szalkiewicz, Esq.  
***daniel@lawdss.com***

Daniel Szalkiewicz & Associates, P.C.