

Daniel Szalkiewicz <daniel@lawdss.com>

# (no subject)
1 message

**Daniel Szalkiewicz** <daniel@lawdss.com>　　　　　　　　　　　　　　　　　　Mon, Feb 6, 2023 at 11:41 AM
To: Ira W Heller <iwhelleresq@gmail.com>

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

---

📄 **Gmail - Fwd_ Wonderful meeting you.pdf**
101K

 

# Fwd: Wonderful meeting you

**Baila Sebrow** <bsebrow@aol.com>　　　　　　　　　　　　　　　　　　　　Wed, Jan 24, 2018 at 9:26 AM
To: ◼◼◼◼◼◼◼◼◼◼◼◼◼◼

She is soooooooo full of shit. It's oozing out from everywhere. "beloved Jewish-American community" my tuches!!!

She wants a rich Jewish man to fund her campaign in exchange for services rendered 😉


Sent from my iPhone
[Quoted text hidden]