UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------X
JOHN DOE,

                Plaintiff,

                                  Case No.: 2:21-cv-20706

      -against-

BAILA SEBROW,

                Defendants.
---------------------------------------------------X

# PLAINTIFF JOHN DOE'S
# NOTICE OF SUBPOENA TO CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Plaintiff John Doe, by and through his attorneys, Daniel Szalkiewicz & Associates, P.C., intends to serve Cellco Partnership d/b/a Verizon Wireless, Attn: VSAT, 180 Washington Valley Road, Bedminster, NJ 07921, with a subpoena requesting the production of documents and electronically stored information. A copy of the subpoena to be served is attached.

Dated: February 6, 2023

                                                          By: */s/ Daniel S. Szalkiewicz*
                                                          DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
                                                          23 West 73rd Street, Suite 102
                                                          New York, New York 10023
                                                          Telephone: (212) 706-1007
                                                          Facsimile: (914) 500-2315
                                                          Email: Daniel@lawdss.com
                                                                     Cali@lawdss.com
                                                          *Attorneys for Plaintiff John Doe*

1