

**VERIZON SECURITY SUBPOENA COMPLIANCE**
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

FEBRUARY 13, 2023

SEBROW   DAVID
12 BEECHWOOD DR
LAWRENCE NY   115591702

Verizon Wireless Case Number: 23151239
Docket #: 221cv20706
Target Mobile Number: 5168495863

Dear Customer,

This is to notify you that Verizon has received a subpoena requiring the production of certain records associated with the target referenced above.

Verizon has no information as to the purpose of the subpoena or the nature of the action. Any questions you have should be directed to the party who issued the subpoena.

Please be advised that unless Verizon is provided with a motion for a protective order or a motion to quash within 10 days from the date of this letter, Verizon intends to produce the records. Motion papers can be sent to Verizon via fax number 325-949-6916.

Sincerely,

Verizon Security Assistance Team
800-451-5242