SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

| | |
|---|---|
| ▮▮▮▮▮▮▮, <br><br>                             Plaintiff, <br><br>     -against- <br><br> GABRIEL SOLOMON, MICHAEL KOGAN TANYA KOGAN, and MBTA MANAGEMENT LLC <br><br>                             Defendants. | SUMMONS <br><br> Index No. |

**TO THE ABOVE-NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York or Pennsylvania); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: September 1, 2021