NOT TO BE PUBLISHED WITHOUT
THE APPROVAL OF THE COMMITTEE ON OPINIONS

|  |  |
|---|---|
| | SUPERIOR COURT OF NEW JERSEY<br>ESSEX VICINAGE<br>CHANCERY DIVISION, FAMILY PART<br>DOCKET NO. FV-07-265-22 |
| H.B.[1], | |
|     Plaintiff, | |
| v. | **OPINION** |
| B.S., | |
|     Defendant. | |
| | SUPERIOR COURT OF NEW JERSEY<br>ESSEX VICINAGE<br>CHANCERY DIVISION, FAMILY PART<br>DOCKET NO. FV-07-487-22 |
| B.S, | |
|     Plaintiff, | |
| v. | **OPINION** |
| H.B., | |
|     Defendant. | |

Decided: March 14, 2022

Abraham Borenstein, Esq., attorney for Plaintiff/Cross-Defendant H.B. (Borenstein McConnell Calpin)

Ira W. Heller, Esq., attorney for Defendant/Cross-Plaintiff B.S. (Ira Heller Law, LLC)

SANDERS, J.S.C.

---

[1] The Court uses initials to identify the parties to protect the identity of the victim. See R. 1:38-3(d)(10).

1

**CONCLUSION**

For the foregoing reasons, authority cited, having reviewed the filings, and having considered the evidence in this record, B.S.'s motion to quash the Chase subpoena is **GRANTED** as detailed in this opinion.

Specifically, the Plaintiff shall, at no cost to the Defendant, provide copies of all information received pursuant to the Chase subpoena within five (5) days of the date of this opinion. Further, the Plaintiff, for the violation of the Rules of Court, is hereby sanctioned in the amount of $3,385.42. Plaintiff retains the right, at his discretion, to challenge the reasonableness of Counsel's fees incurred as a result of the need to file the instant motion to quash.