# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) CASE NUMBER: |
| | ) 2:21−CV−20706−SDW−ESK |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| | ) |
| **BAILE SEBROW** | ) **ORDER GRANTING DEFENDANT'S** |
| | ) **MOTION TO QUASH SUBPOENA** |
| | ) |
| **Defendant** | ) |
| | ) |

The above-captioned matter having come before the Court upon the Defendant's Motion to Quash Plaintiff 's Subpoena to Testify at a Deposition served upon Verizon Wireless, and the Court having considered the motion, any opposition and oral argument:

**NOW, THEREFORE**, it is on this _____ day of _____, 2023:

**ORDERED** that the Motion to Quash is hereby GRANTED; and it is

**FURTHER ORDERED** that a signed copy of this Order shall be personally served upon Verizon Wireless.

_____
UNITED STATES DISTRICT JUDGE