

USPS FIRST CLASS MAIL®

$2.22 US POSTAGE
5 OZ FIRST-CLASS MAIL FLATS RATE
RETAIL

062S0009124742
FROM 07205
stamps
endicia
03/08/2023

SHIP TO:
Ira Heller Law, LLC
1317 Morris Avenue
2nd Floor
Union NJ 07083

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 W 73RD ST STE 102
NEW YORK NY 10023-3104

C064