**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BAILA SEBROW,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 21-20706 (SDW) (ESK)<br><br>**ORDER**<br><br>March 22, 2023 |

**THIS MATTER** having come before this Court upon Plaintiff/Counter-Defendant John Doe's filing of a Motion to Dismiss (D.E. 15 ("Motion to Dismiss")) Defendant/Counter-Plaintiff Baila Sebrow's ("Sebrow") Counterclaims (D.E. 13 at 8–9), and this Court having considered Doe's submission, for the reasons stated in this Court's Whereas Opinion dated March 22, 2023,

**IT IS**, on this 22nd day of March 2023,

**ORDERED** that Doe's Motion to Dismiss is **GRANTED in part and DENIED in part** as follows:

1) Sebrow's counterclaims for fraudulent misrepresentation (Count I) and defamation (Count II) are dismissed without prejudice;
2) Sebrow's counterclaim for defamation based on statements made during litigation (Count II) is dismissed with prejudice;
3) Sebrow's counterclaim for abuse of process (Count III) is dismissed without prejudice insofar as the claim challenges ongoing litigation; and

4) Sebrow's counterclaim for abuse of process based on Doe's alleged improper use of a temporary restraining order (Count III) remains.

Sebrow shall have thirty (30) days to amend the counterclaims that were dismissed without prejudice.

**SO ORDERED**.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Edward S. Kiel, U.S.M.J.
Parties