# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,** <br><br> Plaintiff, <br><br> v. <br><br> **BAILA SEBROW,** <br><br> Defendant. | Case No. 21–cv–20706–SDW–ESK <br><br><br> ORDER |

**THIS MATTER** having come before the Court for a telephone conference on April 5, 2023 (*see* ECF No. 32 ¶4); and defendant having filed a motion to quash subpoena (Motion) (ECF No. 44); and plaintiff having filed opposition to the Motion (ECF No. 45); and counsel for plaintiff and defendant having failed to appear for the conference and, as a result, the Court having been unable to hear oral argument on the Motion; and for good cause appearing,

**IT IS** on this **5th** day of **April 2023** **ORDERED** that:

1. The Motion is **DENIED**. The Clerk shall terminate ECF No. 44.

2. Fact discovery is deemed to be complete. (ECF No. 32 ¶3.) The parties are directed to confer and file a joint letter by **April 14, 2023** setting forth a proposed schedule for expert discovery, if applicable. If expert discovery is not contemplated, the parties shall set forth their respective positions as to scheduling further proceedings in this matter.

3. A telephone status conference is scheduled for **June 2, 2023 at 10:00 a.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**