# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

April 6, 2023

**Via Email**  
United States Magistrate Judge Edward S. Kiel  
Frank R. Lautenberg U.S. Post Office & Courthouse Building  
2 Federal Square  
Newark, NJ 07102

Re:  *John Doe v. Baila Sebrow*  
*United States District Court, District of New Jersey*  
*Case No.: 2:21-cv-20706*

Dear Magistrate Kiel,

We represent the plaintiff in the above-referenced matter. I am in receipt of the court's order dated April 5, 2023. I respectfully request that your Honor vacate the portion completing fact discovery and reschedule a new discovery conference.

Initially, I cannot apologize to the court enough for our nonappearance at yesterday's conference call. After the last appearance, I mistakenly calendared the discovery conference for April 12, not April 5. As the court is aware, my client has been actively pursuing this matter since its inception. He has not missed a single deadline, appeared at every conference, and should not be prejudiced based on my error.

The need for discovery and the conference in this case is paramount. The court is in receipt of our February 8 and February 16 letters detailing discovery issues. Additionally, as recently as March 20, 2023, I contacted Mr. Heller regarding outstanding discovery issues, specifically, his failure to engage in any ESI discovery with our office. As usual, Mr. Heller did not respond.

At this point, our client has only received the following from the Defendant:
1. Five emails that were fraudulently altered by the Defendant; and
2. Unsworn interrogatories that the Defendant testified to she never saw prior to them being served.

Defendant has refused to complete her deposition. Defendant's counsel alleges they hired an ESI firm to analyze Defendant's phone but has refused to disclose any details concerning the device or to provide it to our experts for analysis. Defendant has refused to engage in a single conversation regarding ESI terms or devices. Defendant has also refused to provide a copy of a police report she allegedly filed. Finally, on March 22, 2023, Judge Wigenton entered an order on the motion to dismiss, and depending on Defendant's actions, further discovery may be necessary.

There is also the issue of the outstanding sanctions orders for before this court.

Daniel Szalkiewicz & Associates, P.C.

DS & A

April 6, 2023
Page 2

I understand that all of these issues could have been addressed at yesterday's conference, but again, I ask the court not to prejudice my client for my error.

Thank you.

Very Truly Yours,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

By: Daniel S. Szalkiewicz, Esq.
*daniel@lawdss.com*
