# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

April 24, 2023

**Via CEF**
United States Magistrate Judge Edward S. Kiel
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

*Re:*   *John Doe v. Baila Sebrow*
*United States District Court, District of New Jersey*
*Case No.: 2:21-cv-20706*

Dear Magistrate Kiel,

    I write this letter pursuant to this court's order. Defendant Sebrow indacted she retained an expert yet is still refusing to engage in ESI discovery or expert discovery. She has not submitted any formal documentation concerning the retention and has ignored all requests to discuss the matter.

    We await the court's guidance in this matter.

    Thank you.

Respectfully submitted,

*Daniel S. Szalkiewicz, Esq.*

By: Daniel S. Szalkiewicz, Esq.
***daniel@lawdss.com***