# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023  

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

May 12, 2023

**<u>Via CEF</u>**

United States Magistrate Judge Edward S. Kiel  
Frank R. Lautenberg U.S. Post Office & Courthouse Building  
2 Federal Square  
Newark, NJ 07102

Re:   *John Doe v. Baila Sebrow*  
      *United States District Court, District of New Jersey*  
      *Case No.: 2:21-cv-20706*

Dear Magistrate Kiel,

While I prefer not to litigate through correspondence, I must address the assertions in Mr. Heller's letter. There has never been a good-faith effort by his client to settle this case and still fails to remain one. Mr. Heller and Ms. Sebrow have ignored this litigation out of indifference rather than focusing on a "sensitive period of negotiations" as he claims. The DV case plaintiff has against Sebrow for her conduct has nothing to do with this matter and Mr. Heller is simply trying to delay the inevitable judgment against Ms. Sebrow for her harassment.

Respectfully submitted,

*Daniel S. Szalkiewicz, Esq.*

By: Daniel S. Szalkiewicz, Esq.  
***daniel@lawdss.com***