# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,**<br><br>       **Plaintiff,**<br><br>  v.<br><br>**BAILA SEBROW,**<br><br>       **Defendant.** | Case No. 21–cv–20706–MEF–ESK<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court for an in-person status conference on June 2, 2023; and for the reasons stated on the record at the conference,

**IT IS** on this **2nd** day of **June 2023** **ORDERED** that:

1. Defendant shall turnover to plaintiff's counsel, by **June 16, 2023**, her old cellular telephone that is currently in the possession of defendant's expert. Defendant shall also provide access to her present cellular telephone and computer to plaintiff's expert by **June 16, 2023**. All information extracted from the devices by plaintiff's expert shall be promptly produced to defendant.

2. An **in-person conference** is scheduled for **July 11, 2023 at 1:30 p.m.** before Magistrate Judge Edward S. Kiel in Courtroom 8 of the United States Post Office and Courthouse. The parties are directed to file a joint letter, at least **three business days** before the telephone status conference, advising of the status of discovery, any pending motions, and any other issues to be addressed.

                                                                    */s/ Edward S. Kiel*<br>
                                                                    **EDWARD S. KIEL**<br>
                                                                     **UNITED STATES MAGISTRATE JUDGE**