UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

# MOTION FOR RECONSIDERATION OF THE JUNE 2, 2023 ORDER OF THE COURT

| | | |
|---|---|---|
| JOHN DOE, | : | |
| Plaintiff, | : | Civil Action No. 21–cv–20706–MEF–ESK |
| v. | : | NOTICE OF MOTION |
| BAILA SEBROW, | : | Oral Arguement Requested |
| Defendant. | : | |

PLEASE TAKE NOTICE  BAILA SEBROW, as named Defenant in this matter
(Name of Moving Party)

will move before the Honorable  EDWARD S. KIEL , U.S.D.J. on JULY 17, 2023

(Motion days are the 1st and 3rd Monday of each month)

for an Order  Reconsidering paragraph 1 of the Court's June 2, 2023 Order .
(describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

Name
IRA W. HELLER, ESQ.

1317 MORRIS AVENUE

UNION, NEW JERSEY 07083

Address

Date: JUNE 16, 2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, <br><br>Plaintiff <br><br>v. <br><br>BAILA SEBROW <br><br>Defendant | CASE NUMBER:<br>2:21−CV−20706−SDW−ESK <br><br><br><br>MOTION TO RECONSIDERATION |

### DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant moves this Court to reconsider its June 2, 2023. Defendant relies on this Motion and supporting law for each of its grounds as enumerated in the accompanying formal brief and Affidavits from the named Defendant, Baila Sebrow and her attorney, Ira W. Heller, Esq.

The grounds for this Motion include, but are not limited to, the following:

1. The Court failed to consider L.Civ.R. 16.1(a)(2).

2. This Court failed to consider L.Civ.R. 37.1(a)(1)

3. This Court failed to consider Rule 26, Fed. R. Civ. P.

4. This Court failed to consider Local Civil Rule 26.1

5. The Court failed to consider the fact that the parties and their respective attorney did engage in ESI discovery under Rule 34 within the scope of FRCP 26(b) and other discovery or evidence provided or obtained by the Plaintiff to amply allow for them to present their case.

6. The Court failed to consider that the information contained on the Defendant's cell phone and computer go beyond the scope of this matter, and contain personal and private

1

work product information regarding hundreds of people who are not parties to this matter, and their privacy must remain protected.

7. This Court failed to consider the financial situation of the named Defendant, Baila Sebrow.

## RELIEFS REQUESTED

8. Based upon the foregoing, Defendant requests that the Court grant the following reliefs: (a) reconsider its June 2, 2023 Order; (b) schedule a discovery conference to identify and narrow the scope of discovery to only that which is absolutely necessary to support the claims or defenses of a party; (c) extend the discovery plan to allow for the proper investigation of both parties to receive and review any necessary discovery.

## CERTIFICATION OF PRE-FILING CONFERENCE

Pursuant to Federal Court Rules, the undersigned counsel for Defendant certifies that, prior to filing the instant motion, there was significant effort invested in communications with Plaintiff's counsel in a good faith effort to resolve, by agreement, the issues raised in the instant motion. Unfortunately, the parties were unable to do so.

Dated: June 16, 2023

_____
Ira W. Heller, Esq.

**Ira Heller Law, LLC**
Attorneys for Defendant
1317 Morris Avenue
Union, New Jersey 07083
Tel: 908-275-8626
Email: iwhelleresq@gmail.com

## CERTIFICATION OF SERVICE

I, __IRA W. HELLER__, certify that a copy of my motion was served
(Name of Moving Party)
by __EMAIL AND REGULAR MAIL__ on __JUNE 16, 2023__ upon:
(Mail, Personal Service, etc.)         (Date)

JOHN DOE
(Name of Opposing Party)

C/O DANIEL SZALKIEWICZ, ESQ.

Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street, Suite 102
New York, NY 10023
(Address of Opposing Party)

_____
Name (Signature)