

June 20, 2023

**VIA EMAIL & ECF FILING**
United States Magistrate Judge Edward S. Kiel
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

        Re: John Doe v. Baila Sebrow
        United States District Court, District of New Jersey
        Case No.: 2:21-cv-20706

Dear Magistrate Judge Kiel,

    As Your Honor is aware, I represent the Defendant in the above referenced matter.

    Prior to the weekend, I filed a Motion for Reconsideration in regard to Your Honor's June 2, 2023 Order. However, I have been in contact with Mr. Szalkiewicz, and have agreed to hold conference as to procedures that will safeguard my client's privacy and proprietary information. I have accordingly decided to withdraw my Motion for Reconsideration at this time.

                              Respectfully submitted,

                              Ira W. Heller, Esq.

cc: Daniel Szelkiewicz, Esq.
    *Attorney for Plaintiff*

1