# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**BAILA SEBROW,**<br><br>　　　　**Defendant.** | Case No. 21–cv–20706–MEF–ESK<br><br><br>**ORDER** |

  **THE COURT** having *sua sponte* considered the continuing violations by defendant's counsel, Ira Heller, Esq., of the Court's order of February 10, 2023 (Pseudonym Order) (ECF No. 37), which requires "any reference to [p]laintiff within the docket [to] be made accordingly as 'John Doe'" or be redacted; and Mr. Heller having violated the Pseudonym Order in his filings dated February 16, 2023 (February Filings) (ECF Nos. 39, 40); and upon admonishing Mr. Heller for violating the Pseudonym Order, the Court having sealed the February Filings (ECF No. 43); and the Court having "warned [Mr. Heller] that further violation of the Pseudonym Order [will] result in monetary sanctions and all other appropriate sanctions … including but not limited to, referral to the relevant disciplinary board" (ECF No. 56 pp. 6, 7 n. 3); and Mr. Heller having again violated the Pseudonym Order in his filing dated June 20, 2023 (June Filing) (ECF No. 64) by referring to plaintiff by his name rather than "John Doe"; and the Court having sealed the June Filing and advised the parties that "the Court will address whether additional sanctions are to be imposed on [Mr. Heller] for his continued violation of the [Pseudonym] Order at the … conference scheduled for July 11, 2023" (ECF No. 68); and Mr. Heller having filed an "amended answer and counterclaim" (Amended Answer) on July 7, 2023 (ECF No. 73), which also referred to plaintiff by his name, rather than as "John Doe"; and the Court having sealed the Amended Answer, which has been struck as being untimely (ECF No. 76); and in consideration of Mr. Heller's apparent intentional violations of the Pseudonym Order,

  **IT IS** on this **12th** day of **July 2023** **ORDERED** that:

  1. Mr. Heller is hereby **PROHIBITED** from filing any further documents on the Court's docket for this matter.  Rather than file a document on the docket, Mr. Heller shall email the document to: (a) the Court at

ESK_Orders@njd.uscourts.gov; and (b) plaintiff's counsel.  Within three days after receipt, plaintiff's counsel shall: (a) review and redact the document of any personally identifying information of plaintiff; and (b) file on the docket the document emailed by Mr. Heller with any necessary redactions.

2. Mr. Heller shall reimburse plaintiff's counsel for the services in reviewing, redacting, and filing Mr. Heller's emailed documents.  Plaintiff's counsel shall file affidavits of services by the fifth day of each month.  Mr. Heller may file a response to the affidavits of services by the tenth day of each month.

3. Plaintiff's request filed in response to the Amended Answer for leave "to file a motion for sanctions based on … [Mr. Heller's] flagrant violation" of the Pseudonym Order (ECF No. 74 p.1) is denied as moot.

                                             */s/ Edward S. Kiel*
                                             **EDWARD S. KIEL**
                                             **UNITED STATES MAGISTRATE JUDGE**