# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

July 31, 2023

**Via ECF**
United States District Court Judge Michael E. Fabiarz
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

  Re: *John Doe v. Baila Sebrow*
    *United States District Court, District of New Jersey*
    *Case No.: 2:21-cv-20706*
    *Response to Defendant's July 28, 2023 Letter*

Dear Judge Fabiarz,

  Please accept this submission relating to Defendant's letter dated July 28, 2023 and uploaded today, July 31, 2023 (DE 81). As F.R.C.P. 72 does not provide for the filing of reply papers following the filing of an objection and response, Plaintiff presumes Defendant's latest submission will be ignored. Should this Court decide to consider Defendant's additional filing, Plaintiff requests the ability to substantively respond.

  Thank you.

                Very Truly Yours,

                D<small>ANIEL</small> S<small>ZALKIEWICZ</small> & A<small>SSOCIATES</small>, P.C.

                By: Daniel S. Szalkiewicz, Esq.
                *daniel@lawdss.com*