IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>        Plaintiff,<br><br>v.<br><br>Baila Sebrow<br><br>        Defendant | Case No. 2:21-cv-20706 |

**AFFIDAVIT OF SERVICES PURSUANT TO UNITED STATE MAGISTRATE JUDGE EDWARD S. KIEL'S DECEMBER 21, 2022, ORDER**

1.  I am a partner at the law firm of Daniel Szalkiewicz & Associates, P.C, and make this declaration pursuant to the Court's July 12, 2023 Order.

2.  Attached as Exhibit "1" to this declaration are true and correct copies of time entries for services rendered in this matter by myself relating to the review and filing of Mr. Heller's documents. These entries represent contemporaneous billing records for this matter. The time entries contain sufficient detail of the task performed to show that the amount of time expended for the work described was reasonable. Moreover, given my role in the case, familiarity with the work performed, and my experience, as further described below, I have personal knowledge that the amount of time expended was reasonable.

3.  As described in detail below, the lodestar for the work by, and including the the drafting of this certification, is $450.00.

4.  Over the course of this litigation, our customary hourly billing rate is $500.00. However, we have agreed to reduce our rate to $450.00 for the Plaintiff given the level of harassment he faced from the defendant.

1

5. The rates charged by each attorney were the customary and normal rates charged to other clients at the times each of the services was performed. Because our billing rates are based on market conditions, I believe that the rates we charged reflected rates for similarly qualified attorneys in New York and New Jersey.

6. Both the hours spent by us and the rates charged for those hours are reasonable and were necessary for the representation of Plaintiff in this case. Because the rates and number of hours were reasonable, the total lodestar amount is also reasonable.

7. Had we not been representing Plaintiff in this matter, our attorneys would have been fully utilized on other billable client work.

8. It is therefore respectfully requested that Plaintiff be awarded a judgment in the amount of $450.00 for services rendered relating to the settlement conference.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 4, 2023
New York, New York

                                                                               /s/Daniel S. Szalkiewicz
                                                                              By: Daniel S. Szalkiewicz, Esq.

# Activities Export

08/10/2023
8:57 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | | Drafting of attorney fee certification • Unbilled | 00055-▓ Defamation Matter | Daniel Szalkiewicz | 0.20h | $450.00 | - | $90.00 |
| 08/04/2023 | | ▓ | 00055-▓ Defamation Matter | Daniel Szalkiewicz | ▓ | ▓ | - | ▓ |
| 08/01/2023 | | ▓ | 00055-▓ Defamation Matter | Daniel Szalkiewicz | ▓ | ▓ | - | ▓ |
| 07/31/2023 | | Review of letter from Heller for court filing, filed same with court • Billed invoice 277 | 00055-▓ Defamation Matter | Daniel Szalkiewicz | 0.30h | $450.00 | - | $135.00 |
| 07/27/2023 | | Review of email from opposing counsel with new submission, review of document for plaintiff's information, filed same on docket • Billed invoice 277 | 00055-▓ Defamation Matter | Daniel Szalkiewicz | 0.20h | $450.00 | - | $90.00 |
| 07/27/2023 | | Review of email from Heller with letter to Judge Farbiarz, review of content of letter to ensure redactions were not needed, filing same on docket • Billed invoice 277 | 00055-▓ Defamation Matter | Daniel Szalkiewicz | 0.30h | $450.00 | - | $135.00 |
| 07/26/2023 | | ▓ • Billed invoice 277 | 00055-▓ Defamation Matter | Daniel Szalkiewicz | ▓ | ▓ | - | ▓ |
| | | | | | | | $0.00 | |