Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| John Doe.<br><br>        Plaintiff,<br><br>  v.<br><br>Baila Sebrow<br><br>        Defendant | Case No. 2:21-cv-20706 |

**NOTICE OF MOTION TO STRIKE DEFENDANT**
**BAILA SEBROW'S ANSWERS**

PLEASE TAKE NOTICE that on September 18, 2023, at 10:00 a.m., or such other time as fixed by the Court, the undersigned attorney for the plaintiff, JOHN DOE, will move before the United States District Court of the District of New Jersey, to enter a default judgment against defendant Baila Sebrow's and to set this matter down for an inquest.

In support of this motion, the Plaintiff will submit the Declaration of Daniel S. Szalkiewicz, Esq and Brief in Support. A proposed Order is also submitted herewith pursuant to Local Rule 7.1(e).

Dated: August 25, 2023
       New York, New York

                                              Respectfully submitted,

                                              /s/Daniel Szalkiewicz
                           By:    Daniel S. Szalkiewicz, Esq. (DS2323)