UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe. | |
| Plaintiff, | Case No. 2:21-cv-20706 |
| v. | Declaration of Daniel S. Szalkiewicz, Esq. |
| Baila Sebrow | |
| Defendant | |

DANIEL S. SZALKIEWICZ declares as follows:

1.      I am a partner at the law firm of Daniel Szalkiewicz & Associates, P.C., attorneys

for the defendant in the above captioned action.   I submit this declaration in support of

Plaintiff's motion for a default judgment.

2.      Defendant has failed to timely respond to Plaintiff's First Amended Complaint.

As such defendant is in default and a judgment should be entered in favor of Plaintiff on liability.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

Dated: New York, New York
          August 25, 2023

                                        */s/Daniel Szalkiewicz, Esq.*
                                        Daniel S. Szalkiewicz

1