Messages - Baila Sebrow

6/15/20 9:17:18 AM EDT

> Yes, but very nervous. I feel like with my luck ......

6/15/20 9:18:06 AM EDT

Baila Sebrow (+15168495863)
I promise you that you will be fine. I'm Davening for you and everything will go according to the way you want.

6/15/20 9:19:32 AM EDT

> Thank you my special Bailachka. I signed my life away. With 5 consent forms.

6/15/20 9:20:29 AM EDT

Baila Sebrow (+15168495863)
They just need those signatures. Don't even think about it. Focus on the positive outcome.

6/15/20 9:20:51 AM EDT

Baila Sebrow (+15168495863)
I'll call you soon. I'm on a zoom meeting.

6/15/20 9:21:12 AM EDT

> No problem. I understand. Thank you 🙏🙏🙏🙏🙏🙏😘😘❤️❤️

6/15/20 9:21:20 AM EDT

Baila Sebrow (+15168495863)
😘

6/16/20 10:09:22 AM EDT

Baila Sebrow (+15168495863)
███████ Serial Date Rapist

███████, a 64 year old financial advisor who lives in ███████, New Jersey has been accused by police of incapacitating hundreds of victims by plying them with date rape drugs before raping and filming them.
Through a score of accusations ███ has stayed one step ahead of a rape conviction by blackmailing his victims that he will release their naked photos. He was also accused of child molestation including that of his daughter when he singled her out for custody.

extracted: 12/15/21, 9:27 AM

Page 467 of 960

Messages - Baila Sebrow

6/16/20 10:12:16 AM EDT

> How are you and your sister feeling? I will give it to Mike and he will do it. Not to worry. ❤️

6/16/20 10:13:19 AM EDT

**Baila Sebrow (+15168495863)**
Thank you so much. I'm very upset about what he's doing to me. How are you and your mom?

6/16/20 10:16:36 AM EDT

> BH. No problem. How are you and your sister??

6/16/20 10:17:06 AM EDT

**Baila Sebrow (+15168495863)**
Thank Gd. Is the epidural working for you?

6/16/20 10:17:38 AM EDT

> Yes, BH. So far so good.

6/16/20 10:17:44 AM EDT

> Thank you

6/16/20 10:17:52 AM EDT

**Baila Sebrow (+15168495863)**


6/16/20 10:18:06 AM EDT

> Thank you 😘

6/16/20 10:18:39 AM EDT

**Baila Sebrow (+15168495863)**
Hashem will help that the pain should never return. Only good and beautiful things for you 😘

6/16/20 10:21:58 AM EDT

> Thank you my Tzadeket friend. Amen!!!

7/14/20 8:02:04 AM EDT

Baila Sebrow (+15168495863)

GM. I took Advil so it takes the edge off. Couldn't sleep. Been awake for hours. How are you? How is your mom doing? So sorry for all the heartache and stress she's going through.

7/14/20 8:07:41 AM EDT

I am so sorry you were up. Is it because of your pain? I thought Mom would sleep by me, but the last minute she changed her mind.
She calmed down a bit BH regarding my brother. She said she knows his price tag and no matter what I say, she will do what she wants. Thank you. I hope the pain goes away quickly and you have A Rafua Shleima!!! But usually I takes at I asleep a week to get better. If I were you at this point would use a heating pad, too late for ice. 😘

7/14/20 8:08:42 AM EDT

It takes a week t go away. Didn't have my glasses on

7/14/20 8:47:35 PM EDT

I just forwarded an email re: ▓▓▓▓▓ from Mike. Please look at your emails.

7/14/20 9:05:42 PM EDT

Thank you Mike soo much. I don't quiet understand. I hope ▓▓▓▓▓ didn't write an article about date rape . He is a rapist himself. I hope there was no misunderstanding between how I exploit he situation. May I call you for a second? Just to make sure we are on the same page. He is committing date rape.

Messages - Baila Sebrow

7/27/20 4:22:33 PM EDT

**Baila Sebrow (+15168495863)**
This is the crap of men I get

7/27/20 8:21:57 PM EDT

I just tried calling you.

7/27/20 8:22:13 PM EDT

Please call me. Not urgent

7/27/20 9:55:45 PM EDT

If you want to talk please call me after 10 p. M if you're tired I understand have a good  plesent night

7/27/20 9:56:20 PM EDT

From the play boy. Did you see the email from mike? About ▇

7/27/20 9:56:39 PM EDT

I just send you. It's picking up speed

7/27/20 9:57:42 PM EDT

I just called

7/27/20 10:18:48 PM EDT

Did you see what Mike emailed???

7/27/20 10:18:57 PM EDT

I forwarded you.

7/27/20 10:26:34 PM EDT

???

7/27/20 10:33:49 PM EDT

**Baila Sebrow (+15168495863)**
Thank you so very much 😘

7/28/20 6:11:56 PM EDT

How are you feeling? Your sister? Kids?

extracted: 12/15/21, 9:27 AM

8/21/20 12:37:07 PM EDT

**Baila Sebrow (+15168495863)**

How are you? How's your mom and kids? How is Josh adjusting to his new home?

Please send this message to Mike:

Dear Mike,
The world has known about tzadikim that are taught in schools.
But, then there is the unsung tzadik, who piously, humbly and quietly helps those who society views as an easy target to hurt.
Mike, you are a great tzadik of the highest stature. When Hashem brought Nadia into my life, I felt like luck was finally on my side. But, as things connect and come into a circle, as in the circle of life - you came in to fight and defend me.
You cannot imagine the tremendous ongoing terror "that monster" has been inflicting on me. You are the Refuah that will hopefully stop his terror.
May Hashem reward you tenfold with all that your heart desires, and may all your dreams and wishes come true for you -Always.

Baila

8/21/20 12:55:17 PM EDT

How sweet I will. He will really appreciate it!!! He is a huge mensch!!!

8/21/20 12:56:44 PM EDT

Thank you sweetie, I feel the same about having you in my life. Very lucky !!! 😘❤️

8/21/20 1:19:37 PM EDT

Thank you Nadia.
Please tell her that she over-exaggerates everything about me, and that I'm a bum who deserves no thanks. And it's the least I can do for her and for you.

8/21/20 1:21:08 PM EDT

He is really so humble !!
A mensch of epic proportions!!!
When I thank him. He always says that's the least I can do for you!!!

8/21/20 1:21:17 PM EDT

That's Mike!!!

extracted: 12/15/21, 9:27 AM

8/24/20 7:50:30 PM EDT

> Is this normal. Everyday to go. To sleep at 7:45???? Some days earlier for the night????

8/25/20 12:16:43 PM EDT

**Baila Sebrow (+15168495863)**
How are you you doing with the contacting situation? How's your mom? Did Josh fly back to SC?

8/25/20 1:06:36 PM EDT

**Baila Sebrow (+15168495863)**
*contracting

8/25/20 1:15:39 PM EDT

> They told me they are not redoing. They will take $1.5000z crazy. How are you feeling?

8/25/20 1:16:59 PM EDT

**Baila Sebrow (+15168495863)**
OMG! What are you going to do?

8/25/20 1:18:01 PM EDT

> I have no choice. It's nerve racking.

8/26/20 8:11:44 AM EDT

**Baila Sebrow (+15168495863)**
GM. How are you? I had a 2.5 hour conversation with a woman who told me she dated ▮▮▮▮▮ and that the guy she is now dating was concerned if anything had happened to her because ▮▮▮▮ once boasted to a friend that he drugged women to have sex with them!!!!!!!

8/26/20 8:19:39 AM EDT

> GM. OMG!!! Can I copy and paste it to send it to Mike? He is a Chaya!!! How was your night?

8/26/20 8:20:13 AM EDT

**Baila Sebrow (+15168495863)**
Yes, please do

8/26/20 8:20:33 AM EDT

> Right now.

8/26/20 8:21:53 AM EDT

**Baila Sebrow (+15168495863)**
I messaged Linda too

8/26/20 8:26:48 AM EDT

> Sick dude. Evil. I hope we see the punishment from Hashem for him!!!

8/26/20 8:28:45 AM EDT

**Baila Sebrow (+15168495863)**
Amen 🙏 He's doing this for years and uses his money to pay rabbis to say nice things about him so that he gets new victims!

8/26/20 8:30:28 AM EDT

> Aren't the Rabbis wonderful???

8/26/20 8:33:49 AM EDT

**Baila Sebrow (+15168495863)**
I spoke to his rabbi when he was harassing me. His rabbi admitted that women complained to him that he drugged and raped him. So I said why are you then defending him and saying what a great guy he is? He responded "so why don't the women go to the police?"
What an idiot!
I then said, "you know that a Frum woman would never go to the police and have everyone know she had sex"
His rabbi has a special place in hell reserved for him.

8/26/20 8:36:41 AM EDT

> Amen!!! Rabbi's today are businessmen

8/26/20 6:58:12 PM EDT

> I will call you soon!!!

8/26/20 6:58:31 PM EDT

> Busy with a painter

8/26/20 6:58:50 PM EDT

> Decided might as well paint the apartment

extracted: 12/15/21, 9:27 AM