# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **JOHN DOE,** | |
| **Plaintiff,** | **Case No. 21–cv–20706–MEF–ESK** |
| **v.** | |
| **BAILA SEBROW,** | **ORDER** |
| **Defendant.** | |

**THIS MATTER** having come before the Court on plaintiff's counsel's affidavit of services (Affidavit) (ECF No. 86) filed pursuant to the Court's order dated July 12, 2023 (Order) (ECF No. 77 ¶ 2; *see* ECF No. 88 pp. 12, 13)[1]; and defendant's counsel having failed to file a response to the Affidavit (*id.*)[2]; and the Court, nevertheless, having reviewed the Affidavit to determine the reasonableness of the lodestar, *see Wachtel v. HealthNet. Inc.*, Nos. 01-04183, 03-01801, 2007 WL 1791553, at *2 (D.N.J. June 19, 2007); and for good cause appearing,

**IT IS** on this  **14th** day of **September 2023**  **ORDERED** that:

1.   Defendant's counsel shall make payment of $450 to plaintiff. Payment shall be made by **September 19, 2023**.

---

[1] Although the Order was vacated (ECF No. 85), the Court's discussion with the parties during the in-person conference of August 10, 2023 makes clear that the Order was vacated only to the extent that defendant's counsel was prohibited from filing documents on the Court's docket for this matter (ECF No. 88 pp. 3–6, 12, 13).

[2] Defendant's counsel had until the "tenth day of … [the] month," or five days from the filing of the Affidavit, to file a response.  (*Id.*)   About three weeks have passed since the filing of the Affidavit without defendant's counsel having filed a response.

2.    The parties are reminded of the telephone status conference set for **September 28, 2023 at 10:00 a.m**.   The dial in number is 1-888-684-8852 and the access code is 310-0383#.

_/s/ Edward S. Kiel_

**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**