UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) CASE NUMBER: |
| v. | ) 2:21−CV−20706−MEF−ESK |
| BAILE SEBROW | ) |
| Defendant. | ) PROPOSED ORDER |

This matter having been opened to the Court by Ira W. Heller, Esq. appearing on behalf of the Defendant Baila Sebrow, pursuant to Fed. R.Civ. P. 6(b), and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78 and for good cause shown;

IT IS on this _____ day of _____, 2023

1. **ORDERED** that the above application is **GRANTED** and the Defendant shall re-file a corrected Amended Answer and Counterclaim with this Court within 48 hours of this Order.

2. This Court shall accept Defendant's re-filing of the corrected Amended Answer and Counterclaim as being timely pursuant to Fed. R.Civ. P. 6(b).

_____
U.S.M.J