UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,** Plaintiff, v. **BAILA SEBROW** Defendant. | CASE NUMBER: 2:21−CV−20706−SDW−ESK <br><br> Jury Trial: *(check one)*   √ Yes  No <br><br> CERTIFICATION OF SERVICE |

**I, IRA W. HELLER,** hereby certify that a copy of Defendant's Motion to permit filing of Answer to Amended Complaint Out of Time was served via email on September 18, 2023 upon JOHN DOE, c/o counsel, DANIEL SZALKIEWICZ, ESQ., with an address at Daniel Szalkiewicz & Associates, P.C., 23 West 73rd Street, Suite 102 at email address daniel@lawdss.com.

Date: September 18, 2023

IRA HELLER LAW, LLC

By: _____
Ira W. Heller, Esq.

1