**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**
23 W. 73rd Street, Suite 102
New York, New York 10023
Tel.: (212) 706-1007
Fax: (646) 849-0033

*Attorneys for Plaintiff
John Doe*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>    Plaintiff,<br><br>v.<br><br>Baila Sebrow<br><br>    Defendant | Case No. 2:21-cv-20706<br><br>**Request for Entry of Default Pursuant to Fed. R. Civ. P. 55(a)** |

**TO:**   William T. Walsh
         Clerk of the Court
         United States District Court – District of New Jersey
         50 Walnut Street
         Newark, NJ 07102

   Request is hereby made for the entry of default as to Defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Dated:  October 26, 2023

                              **DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**

                              /s/*Daniel Szalkiewicz, Esq.*
                              Daniel S. Szalkiewicz

1