**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**
23 W. 73rd Street, Suite 102
New York, New York 10023
Tel.: (212) 706-1007
Fax: (646) 849-0033

*Attorneys for Plaintiff*
*John Doe*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>          Plaintiff,<br><br>     v.<br><br>Baila Sebrow<br><br>          Defendant | Case No. 2:21-cv-20706<br><br>**Clerk's Entry of Default** |

    IT APPEARING from the records of the above-entitled action that service of the Summons and Complaint has been made upon Defendant Baila Sebrow, and it further appearing from Plaintiff's request for entry of default and supporting documentation that said Defendant has failed to plead, respond, or otherwise defend said action as directed.

    NOW, THEREFORE, on Plaintiff's request, this the _____ day of October, 2023, DEFAULT is hereby entered against Defendant Baila Sebrow.

                                                  By: _____