## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**BAILA SEBROW,**<br><br>   **Defendant.** | Case No. 21–cv–20706–MEF–ESK<br><br><br>**ORDER** |

  **THIS MATTER** having come before the Court for status conferences on October 12, 2023 (minute entry after ECF No. 95) and February 29, 2024 (collectively, Conferences); and defendant having filed a motion for extension of time to file answer (Motion) (ECF No. 92) and an "answer to complaint with jury demand" (Answer) (ECF No. 102); and for the reasons stated on the record at the conferences,

  **IT IS** on this  **1st** day of **March 2024**  **ORDERED** that:

  1. The Motion is DENIED without prejudice.  Defendant may re-file the Motion in accordance with the Court's instructions provided to defendant's counsel at the Conferences.  The Clerk shall terminate ECF No. 92.

  2. The Answer at ECF No. 102 is stricken.

  3. A conference by Teams video conference is scheduled for **April 8, 2024 at 12:30 p.m.** before Magistrate Judge Edward S. Kiel.  [Click here to join the meeting](#).  Alternatively, the meeting ID is 275 118 997 668  and the passcode is: 2SvFQY.

                */s/ Edward S. Kiel*
                **EDWARD S. KIEL**
                **UNITED STATES MAGISTRATE JUDGE**