# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,**<br><br>   Plaintiff,<br><br> v.<br><br>**BAILA SEBROW,**<br><br>   Defendant. | Case No. 21–cv–20706–SDW–ESK<br><br><br>**ORDER** |

  **THIS MATTER** having come before the Court for status conferences on October 12, 2023 (minute entry after ECF No. 95) and February 29, 2024 (collectively, Conferences); and defendant having filed a motion for extension of time to file answer (Motion) (ECF No. 92) and an "answer to complaint with jury demand" (Answer) (ECF No. 102); and for the reasons stated on the record at the conferences,

  **IT IS** on this **29th** day of **February 2024** **ORDERED** that:

  1. The Motion is DENIED without prejudice. Defendant may re-file the Motion in accordance with the Court's instructions provided to defendant's counsel at the Conferences.

  2. The Answer at ECF No. 102 is stricken.

  3. A conference by Teams video conference is scheduled for **April 12, 2024 at 12:30 p.m.** before Magistrate Judge Edward S. Kiel. Click here to join the meeting. Alternatively, the meeting ID is 275 118 997 668 and the passcode is: 2SvFQY.

                   */s/ Edward S. Kiel*
                   **EDWARD S. KIEL**
                   **UNITED STATES MAGISTRATE JUDGE**