

**IRA HELLER LAW, LLC**
IRA W. HELLER, ESQ.
(MEMBER OF BAR - NJ & NY)

1317 Morris Avenue, Union, NJ 07083
Tel: 908-275-8626 / Fax: 908-349-3005
iwhelleresq@gmail.com

April 25, 2024

**VIA EMAIL & ECF FILING**
United States Magistrate Judge Jessica S. Allen
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

      Re: John Doe v. Baila Sebrow
      United States District Court, District of New Jersey
      Case No.: 2:21-cv-20706

Dear Judge Allen,

    As Your Honor is aware, my Law Office represents the Defendant in this matter, Ms. Betty Sebrow (please note that Betty is Ms. Sebrow's legal name. Baila is Ms. Sebrow's Hebrew/Jewish name which was improperly used by the Plaintiff in filing this matter).

    As per Your Honor's Order, our reply to Mr. Szalkiewicz's papers, filed on April 22, 2024, is due on April 29, 2024. As I began to prepare our Reply, I realized that April 29, 2024 falls on the Passover holiday. My apologies for the oversight, but April 29, 2024 and April 30, 2024 are the final two days of the holiday, upon which Orthodox Jews may not work. It would be greatly appreciated if Your Honor would permit me to submit the Defendant's Reply on May 1, 2024, after the holiday has concluded.

    Thanking Your Honor for your kind consideration in this matter.

                          Respectfully,

                          Ira W. Heller, Esq.

cc: Daniel Szelkiewicz, Esq.
   *Attorney for Plaintiff*