**IRA HELLER LAW, LLC**

IRA W. HELLER, ESQ.
(MEMBER OF BAR - NJ & NY)

1317 Morris Avenue, Union, NJ 07083

Tel: 908-275-8626 / Fax: 908-349-3005
iwhelleresq@gmail.com

November 5, 2024

**VIA EMAIL & ECF FILING**
United States Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

        Re: John Doe v. Baila Sebrow
        United States District Court, District of New Jersey
        Case No.: 2:21-cv-20706

Dear Judge Adams,

    As Your Honor is aware, my Law Office represents the Defendant, Ms. Betty Sebrow, in the above referenced matter.

    In regard to tomorrow's proceeding, I beg your pardon for the late request, but my client resides in Long Island, New York, and is currently suffering from a medical disability that has severely impaired her ability to travel. In short, she developed a cyst on her ankle joint which has unfortunately progressed, and her doctors have still not definitively determined as to whether a complicated surgery is going to be her only remedy. Ms. Sebrow is prepared to provide Your Honor with any and all of her relevant medical information upon request, but asks that her privacy be preserved should there be any demands to turn this information over to the Plaintiff.

    Needless to say, I will be present tomorrow, but I respectfully request that Ms. Sebrow be permitted to appear remotely via video conference tomorrow, or via telephone if such accommodations are unavailable in the Federal Court.

    Thanking Your Honor for your kind assistance and understanding.

                      Respectfully,

                      Ira W. Heller, Esq.

cc: Daniel Szalkiewicz, Esq.
    *Attorney for Plaintiff*

1