# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

November 7, 2024

**Via ECF**
United States Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

  *Re:  John Doe v. Baila Sebrow*
     *United States District Court, District of New Jersey*
     *Case No.: 2:21-cv-20706*

Dear Judge Adams,

  I represent the plaintiff, John Doe ("Plaintiff"), in the above-referenced matter. I am writing to request that Docket Entry 127-1, which was uploaded last night, be sealed. The pseudonym order directs that "any reference to Plaintiff within the docket will be made accordingly as John Doe hereafter" (DE 37). The Order was reiterated by Judge Kiel when he stated "You are not going to file anything on the docket with the plaintiff's name or any indication of his identity" (DE 88).

  Despite this Order, Mr. Heller's exhibit to his untimely letter, DE 127-1, included John Doe's first name (p. 6 ¶ 38). This comes on the heels of Mr. Heller uploading DE 123-1, which included Plaintiff's last name, a link to his team website where Mr. Doe is named and pictured (p. 5), and Mr. Doe's initials (p. 1). Despite the file being listed as restricted, it somehow made its way onto the pacer monitoring websites, such as courtlistener.com.

  Accordingly, Plaintiff respectfully requests that the exhibit be sealed.

  Thank you.

           Respectfully submitted,

          Daniel Szalkiewicz & Associates, P.C.

          */s/ Daniel S. Szalkiewicz*

          By: Daniel S. Szalkiewicz, Esq.
          **daniel@lawdss.com**