UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>       Plaintiff,<br><br>v.<br><br>Baila Sebrow<br><br>       Defendant | Case No. 2:21-cv-20706 |

**NOTICE OF MOTION FOR AN ORDER ADMITTING
CALI P. MADIA *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the accompanying Application and Declaration of Daniel S. Szalkiewicz, and the Declaration of Cali P Madia, the undersigned will move before this Court for an Order pursuant to Local Civil Rule 101.1(c) admitting Cali P. Madia to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiff John Doe.

Dated: November 8, 2024
       New York, New York

Respectfully submitted,

/s/Daniel Szalkiewicz
By:  Daniel S. Szalkiewicz, Esq. (DS2323)
      Daniel Szalkiewicz & Associates, P.C.
      23 West 73rd Street, Suite 102
      New York, New York 10023
      Tel: (212) 706-1007
      daniel@lawdss.com

*Attorneys for Plaintiff John Doe*