**IRA HELLER LAW, LLC**
IRA W. HELLER, ESQ.
(MEMBER OF BAR - NJ & NY)

1317 Morris Avenue, Union, NJ 07083
Tel: 908-275-8626 / Fax: 908-349-3005
iwhelleresq@gmail.com

November 11, 2024

**VIA ECF FILING**
United States Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

      Re: John Doe v. Baila Sebrow
      United States District Court, District of New Jersey
      Case No.: 2:21-cv-20706
      **Letter Response to Plaintiff's Motion**

Dear Judge Adams,

    As Your Honor is aware, my Law Office represents the Defendant, Ms. Betty Sebrow, in the above referenced matter. I write this letter in the way of brief response to Plaintiff's Motion for Leave to Appear Pro Hac Vice, as related to Mr. Szalkiewicz's request vis a vis Ms. Cali Madia, Esq.

    Mr. Szalkiewicz did contact me by phone on November 8, 2024, and I affirm his request for professional courtesy in granting consent regarding this Motion, which I freely granted.

    It is my hope that an atmosphere of professional courtesy will continue to guide the parties as this matter moves forward.

    Thanking Your Honor for your kind assistance and understanding.

                                  Respectfully,

                                  Ira W. Heller, Esq.

cc: Daniel Szalkiewicz, Esq.
    *Attorney for Plaintiff*

    *Cali Madia, Esq.*
    *Attorney for Plaintiff*

1