**** Electronically Filed Document ****

| | | | |
|---|---|---|---|
| Instrument Number: | 2024-42673 | Originator | CORPORATION SERVICE COMPANY |
| Recorded As: | EX-D01 - RESIDENTIAL | | |
| Recorded On: | July 15, 2024 | | |
| Recorded At: | 03:01:03 pm | Receipt Number: | 3225816 |
| Number of Pages: | 3 | Processed By: | 001 JK |
| Book-Vl/Pg: | Bk-D  Vl-14517  Pg-780 | | |
| Total Rec Fee(s): | $495.00 | | |

** Examined and Charged as Follows **

| | | | | | |
|---|---|---|---|---|---|
| 01 - RESIDENTIAL DEED | $ 55.00 | EX-Blocks - Deeds - $300 | $ 300.00 | EX-DN - DEED NOTIFICATION | $ 10.00 |
| EX-RP5217 Residential Fee | $ 125.00 | EX-TP-584 Affidavit Fee | $ 5.00 | | |

| | Tax Amount | Consid Amt | RS#/CS# | | |
|---|---|---|---|---|---|
| Tax-Transfer HEMPSTEAD | $ 0 | $ 0 | RE 22305 | Basic | $ 0.00 |
| | | | | Local NY CITY | $ 0.00 |
| | | | | Additional MTA | $ 0.00 |
| | | | | Spec ASST | $ 0.00 |
| | | | | Spec ADDL SONYMA | $ 0.00 |
| | | | | Transfer | $ 0.00 |
| Tax Charge: | $ 0 | | | | |

**Property Information:**

| Section | Block | Lot | Unit | Town Name |
|---|---|---|---|---|
| 40 | 176 | 212 | | HEMPSTEAD |

\*\*\*\*\*\*\*\*\*\*\*\*\*THIS PAGE IS PART OF THE INSTRUMENT \*\*\*\*\*\*\*\*\*\*\*\*

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.



County Clerk Maureen O'Connell

Form 8004 — Quitclaim Deed – Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the ___8th___ day of July in the year 2024
**BETWEEN**

BETTY SEBROW, residing at 12 Beechwood Drive, Lawrence, NY 11559, surviving tenant by the entirety,
party of the first part, and

JEFFREY SEBROW and LAURA SEBROW, as Trustees under the SEBROW IGT GRANTOR TRUST UTAD 07012024, with an address at 12 Beechwood Drive, Lawrence, NY 11559,
party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, situate, lying and being in the Incorporated Village of Lawrence, Town of Hempstead, County of Nassau and State of New York, bounded and described as follows:

40/176/212

BEGINNING at a point on the northerly side of Beechwood Drive, distant 283 feet westerly from the point of intersection of the prolongation easterly of the northerly side of Beechwood Drive with the prolongation southerly of the westerly side of Sutton Place, as said Drive and Place are shown and laid out on a certain map entitled "Map of Sutton Park, owned by Sutton Park, Inc. situated at Lawrence, Nassau County, N.Y. surveyed and drawn Aug. to Dec. 1938 by Quentin F. Disher, Licensed Land Surveyor," and filed in the Office of the Clerk of the County of Nassau on February 15, 1939 as Map No.3941;

RUNNING THENCE northerly on a line forming an interior angle of 85 degrees 58 minutes with the northerly side of Beechwood Drive 149.70 feet to the southerly side of Broadway as said Broadway is shown and laid out on the above mentioned map;

THENCE westerly along the southerly side of Broadway, 66 feet;

THENCE southerly on a line forming an interior angle of 94 degrees 02 minutes with the northerly side of Beechwood Drive 145.05 feet to the northerly side of Beechwood Drive;

THENCE easterly along the northerly side of Beechwood Drive 66.16 feet to the point or place of BEGINNING.

SAID PREMISES are now known as and by 12 Beechwood Drive, Lawrence, NY 11559; Section 0040, Block 00176-00, Lot 00212.

Being the same premises conveyed to DAVID SEBROW and BETTY SEBROW, his wife, by HELAINE SHEPARD by deed dated August 6, 2002, recorded August 27, 2002, in the Nassau County Clerk's Office, in Liber D 11519 Page 493.

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of  NEW YORK     County of  NASSAU     , ss:

On the ___8th___ day of ___JULY___, in the year 2024, before me the undersigned, personally appeared **BETTY SEBROW** personally known to me or proved to me on the basis of satisfactory evidence, to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that (he) (she) (they) executed the same in (his) (her) (their) capacity(ies), and that by (his) (her) (their) signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

*[Signature]*

Moses S. Rosengarten
Notary Public, State of New York
No. 02RO4948251
Qualified in Queens County
Commission Expires March 13, 20__ 27

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of       County of    , ss:

On the       day of        , in the year 20    , before me the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence, to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that (he) (she) (they) executed the same in (his) (her) (their) capacity(ies), and that by (his) (her) (their) signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

## ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of       County of    , ss:

On the       day of        , in the year 20    , before me the undersigned, personally appeared       the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who being by me duly sworn, did depose and say, that (he) (she) (they) reside(s) in       ; that (he) (she) (they) know(s)       to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said       witness at the same time subscribed (his) (her) (their) name(s) as a witness thereto.

## ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

\* State of _____ County of _____ , ss:
\* (or insert District of Columbia, Territory, Possession or Foreign Country)

On the       day of        , in the year       , before me the undersigned, personally appeared       personally known to me or proved to me on the basis of satisfactory evidence, to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that (he) (she) (they) executed the same in (his) (her) (their) capacity(ies), and that by (his) (her) (their) signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

## QUITCLAIM DEED

Title No.

**BETTY SEBROW, surviving tenant by the entirety**

To

**JEFFREY SEBROW and LAURA SEBROW, As Trustees under the SEBROW IGT GRANTOR TRUST UTAD 07012024**

## RETURN BY MAIL TO

Moses S. Rosengarten
Attorney-at-Law
499 Chestnut Street
Suite 216
Cedarhurst, NY 11516