UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>　　　　Plaintiff,<br>　v.<br><br>Baila Sebrow<br><br>　　　　Defendant | Case No. 2:21-cv-20706<br><br>DANIEL S. SZALKIEWICZ DECLARATION |

DANIEL S. SZALKIEWICZ declares as follows:

1. I am a partner at the law firm of Daniel Szalkiewicz & Associates, P.C., attorneys for the plaintiff in the above captioned action.

2. I submitted this declaration in opposition to Defendant's counsel's motion to withdraw as counsel.

3. Annexed hereto as Exhibit 1 is a true and accurate copy of the Order and Judgment dated April 3, 2024 and entered May 6, 2024 in the matter of *Worbes Corporation et ano v. Betty Sebrow et ano*, Supreme Court, Bronx County.

4. Annexed hereto as Exhibit 2 is a true and accurate copy of the Last Will and Testament of David Samuel Sebrow dated December 22, 2010.

I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:　　　January 22, 2025

　　　　　　　　　　　　　　　　　　　　　*/s/Daniel Szalkiewicz, Esq.*
　　　　　　　　　　　　　　　　　　　　　Daniel S. Szalkiewicz

1