SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

--------------------------------------x
WORBES CORPORATION and ZVI SEBROW,       : Index No. 800583/2022E
individually and derivatively as Stockholder of :
WORBES CORPORATION,                      : Hon. Fidel E. Gomez
                                         :
                 Plaintiffs,             : **ORDER AND JUDGMENT**
                                         :
      - against -                        :
                                         :
BETTY SEBROW and BETTY SEBROW,           :
as Executor of the Estate of DAVID SEBROW, :
                                         :
                 Defendants.             :
--------------------------------------x

      **WHEREAS**, on or about January 14, 2022, Plaintiffs Worbes Corporation and Zvi Sebrow ("Plaintiffs") filed a Complaint (*see* NYSCEF Doc. No. 1); and

      **WHEREAS**, on or about April 8, 2022, the Hon. Fidel E. Gomez issued a Decision and Order granting Plaintiffs certain injunctive relief, including permission to sell certain real property at 815 East 135th Street, Bronx, New York (the "Premises"), and directing Plaintiffs to deposit the proceeds of the sale of the Premises with the Clerk of the County of Bronx (*see* NYSCEF Doc. No. 22); and

      **WHEREAS**, on or about June 24, 2022, pursuant to the Decision and Order, Plaintiffs deposited the proceeds of the sale of the Premises with the Clerk of the County of Bronx in the sum of $4,056,959.77 (*see* NYSCEF Doc. No. 49); and

      **WHEREAS**, on or about June 24, 2022, pursuant to the Decision and Order, Plaintiffs deposited as an undertaking with the Clerk of the County of Bronx the sum of $10,000.00 (*see* NYSCEF Doc. No. 50); and

1

**WHEREAS**, on or about December 5, 2022, Defendants Betty Sebrow, and Betty Sebrow, as Executor of the Estate of David Sebrow ("Defendants"), filed an Amended Answer and Counterclaims (*see* NYSCEF Doc. No. 179); and

**WHEREAS**, on or about April 2, 2024, pursuant to CPLR 3221, Plaintiffs filed an Offer of Compromise (*see* NYSCEF Doc. No. 242); and

**WHEREAS**, on or about April 12, 2024, pursuant to CPLR 3221, Defendants filed a Notice of Acceptance of Offer of Compromise (*see* NYSCEF Doc. No. 244); and

**WHEREAS**, on or about May 3, 2024, Defendants filed a Stipulation, executed on or about April 12, 2024, stipulating and agreeing on behalf of Plaintiffs and Defendant that at all relevant times subsequent to the death of David Sebrow, Zvi Sebrow has held and continues to hold a 50% interest in Worbes Corporation, and the Estate of David Sebrow has held and continues to hold a 50% interest in Worbes Corporation (*see* NYSCEF Doc. No. 246);

**NOW,** therefore, it is hereby

**ORDERED AND ADJUDGED**, that the Clerk of the County of Bronx shall pay to Law Offices of Jan Meyer & Associates, P.C., as Attorneys for Plaintiffs, from the money currently held by the Clerk in the amount of Four Million Fifty-Six Thousand Nine Hundred Fifty-Nine Dollars and Seventy-Seven Cents ($4,056,959.77) (*see* NYSCEF Doc. No. 49), the sum of Two Million Four Hundred Twenty-Four Thousand Sixty-One Dollars and Fifty-Six Cents (**$2,424,061.56**), inclusive of interest, costs, and disbursements; and it is hereby further

**ORDERED AND ADJUDGED**, that the Clerk of the County of Bronx shall pay to Farrell Fritz, P.C., as Attorneys for Defendants, from the money currently held by the Clerk in the amount of Four Million Fifty-Six Thousand Nine Hundred Fifty-Nine Dollars and Seventy-Seven Cents ($4,056,959.77) (*see* NYSCEF Doc. No. 49), the sum of One Million Six Hundred Thirty-Two

Thousand Eight Hundred Ninety-Eight Dollars and Twenty-One Cents **($1,632,898.21)**, inclusive of interest, costs, and disbursements; and it is hereby further

**ORDERED AND ADJUDGED**, that the Clerk of the County of Bronx shall pay to Law Offices of Jan Meyer & Associates, P.C., as Attorneys for Plaintiffs, from the money currently held by the Clerk in the amount of Ten Thousand Dollars ($10,000.00) as an undertaking (*see* NYSCEF Doc. No. 50), the sum of Ten Thousand Dollars (**$10,000.00**), inclusive of interest, costs, and disbursements; and it is hereby further

**ORDERED AND ADJUDGED**, that at all relevant times subsequent to the death of David Sebrow, Zvi Sebrow has held and continues to hold a 50% interest in Worbes Corporation, and the Estate of David Sebrow has held and continues to hold a 50% interest in Worbes Corporation; and it is hereby further

**ORDERED AND ADJUDGED**, that the Complaint, dated January 14, 2022 (*see* NYSCEF Doc. No. 1), and the Amended Answer and Counterclaims, dated December 5, 2022 (*see* NYSCEF Doc. No. 179), are dismissed with prejudice; and it is hereby further

**ORDERED AND ADJUDGED**, that Plaintiffs and Defendants shall have execution.

**ORDER AND JUDGMENT** signed and entered this  3rd  day of   April    , 2024.



Hon. Fidel E. Gomez, J.S.C.

FF\14465540.3