# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

January 28, 2025

**Via ECF**

United States Magistrate Judge Stacey D. Adams  
Frank R. Lautenberg U.S. Post Office & Courthouse Building  
2 Federal Square  
Newark, NJ 07102

*Re:   John Doe v. Baila Sebrow*  
*United States District Court, District of New Jersey*  
*Case No.: 2:21-cv-20706*

Dear Judge Adams,

    I represent the plaintiff, John Doe ("Plaintiff"), in the above-referenced matter. I am writing to request that Docket Entry 141-8, which was uploaded last night, be sealed. The pseudonym order directs that "any reference to Plaintiff within the docket will be made accordingly as John Doe hereafter" (DE 37). The Order was reiterated by Judge Kiel when he stated "You are not going to file anything on the docket with the plaintiff's name or any indication of his identity" (DE 88).

    Docket Entry 141-8 twice includes my client's initials (pg 1 line 2, pg. 5 line 10).

    I contacted the clerk's office and was told the docket could only be sealed by the original filer or by letter order.

    Thank you in advance.

Respectfully submitted,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

*/s/ Daniel S. Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.  
**daniel@lawdss.com**