# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Baila Sebrow<br><br>　　　　Defendant | Case No. 2:21-cv-20706 |

## NOTICE OF CHANGE OF FIRM NAME

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE, that effective immediately, Daniel Szalkiewicz & Associates, P.C. has changed its name to Veridian Legal P.C. All future reference to the firm in this matter should be to Veridian Legal P.C. As a result, please use the following:

> Veridian Legal P.C.
> 23 West 73rd Street, Suite 102
> New York, NY 10023
> daniel@veridianlegal.com

The firm's addresses, phone numbers, fax numbers, have not been affected by this change.

Dated: March 14, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　VERIDIAN LEGAL P.C.

　　　　　　　　　　　　　　　　　　　　　　　　___/s/Daniel S. Szalkiewicz___
　　　　　　　　　　　　　　　　　　　　　　　　By: Daniel S. Szalkiewicz, Esq.