**KEMENY, RAMP & RENAUD, LLC**
*Alexander J. Kemeny, Esq. (Attorney I.D. No.: 039842009)*
7-G Auer Court
Williamsburg Commons
East Brunswick, New Jersey 08816
Tel: (732) 853-1725 | Fax: (732) 853-1730
Email: akemeny@kemenylaw.com
Website: www.KemenyLaw.com
*Attorneys for Defendant, Betty Sebrow, improperly pled as Baila Sebrow*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE**, <br><br> Plaintiff, <br><br> v. <br><br> **BAILA SEBROW**, <br><br> Defendant. | <u>Civil Action No.</u> <br> 2:21-cv-20706 (MEF) (SDA) <br><br> **Notice of Appearance** |

**PLEASE TAKE NOTICE** that Alexander J. Kemeny, of the law firm of Kemeny, Ramp & Renaud, LLC, hereby enters an appearance as counsel of record for the Defendant, Baila Sebrow, improperly pled as Baila Sebrow, in the above-captioned action.

                                                **KEMENY, RAMP & RENAUD, LLC**
                                                Attorneys for Defendant, Betty Sebrow

Dated: June 23, 2025        By:       */s/ Alexander J. Kemeny*
                                                    **ALEXANDER J. KEMENY**
                                                    NJ Attorney I.D.: *039842009*
                                                          7-G Auer Court
                                                    Williamsburg Commons
                                                  East Brunswick, NJ 08816
                                            T: (732) 853-1725 | F: (732) 853-1730
                                                  Email: akemeny@kemenylaw.com