UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                          DATE: 6/23/2025

JUDGE: STACEY D. ADAMS
REPORTER: ECR

DEPUTY CLERK: Jackeline Barco

Title of Case: DOE v. SEBROW
Docket: 21-cv-20706-MEF-SDA

Appearances:  DANIEL SZALKIEWICZ for Plaintiff
              ALEXANDER JOSEPH KEMENY for Defendant.

Nature of proceedings: status conference.

```
Time Commenced   3:03 pm
Time Adjourned   3:41 pm
```

cc: chambers                            S/Jackeline Barco
                                   Jackeline Barco, Deputy Clerk