UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE**,<br><br>    Plaintiff,<br><br>v.<br><br>**BAILA SEBROW**,<br><br>    Defendant. | Case No. 2:21-cv-20706 (MEF) (SDA)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a status conference on **June 23, 2025**, and for good cause shown:

1. Defendant shall file an Answer to the Amended Complaint (ECF No. 58) by **July 7, 2025**.

2. Plaintiff shall file a motion for sanctions against Defendant for failure to comply with discovery orders, and more specifically, Defendant's failure to provide her electronic devices to Plaintiff's expert, by **July 21, 2025**. Defendant shall respond pursuant to the time frame set forth by the Rules. The Court shall hear oral argument on the motion on **August 18, 2025 at 11:00 a.m.**

3. Plaintiff is granted leave of Court to seek a judgment against Mr. Heller and/or Defendant for unpaid sanctions previously Ordered.

4. The letter request at ECF No. 137 was withdrawn by Plaintiff without prejudice.

5. The Court shall also conduct a settlement conference on **August 18, 2025 at 11:00 a.m. IN PERSON** at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square, Courtroom 9, Newark, NJ 07102. Trial counsel and all parties must attend. Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential

settlement memorandum of no more than ten double spaced pages no later than five business days before the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than five (5) business days in advance of the settlement conference.

*s/ Stacey D. Adams*
Stacey D. Adams
United States Magistrate Judge
