IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe.<br><br>          Plaintiff,<br><br>v.<br><br>Baila Sebrow<br><br>          Defendant | Case No. 2:21-cv-20706<br><br>[PROPOSED] JUDGMENT |

THIS COURT having issued two orders of sanctions against Ira Heller, Esq., Defendant's prior counsel, the first Order directing Mr. Heller to make payment of $990 to plaintiff, and defendant and Mr. Heller, jointly and severally, to make payment of $9,680 to plaintiff by May 31, 2023 (DE 56), and the second Order directing Mr. Heller to make payment of $450 to plaintiff by September 19, 2023 (DE 90); and Plaintiff has made the representation that Mr. Heller has only paid $700.00 of the total $11,120 due and owing, the last payment being received on August 15, 2023; and on June 23, 2025, this Court issued an Order permitting Plaintiff to seek a judgment for the unpaid sanctions (DE 155),

IT IS on this _____ day of July, 2025

ORDERED that Judgment be and is hereby entered in favor of Plaintiff, John Doe, through his attorneys, Veridian Legal P.C., 23 West 73rd Street, Suite 102, New York, New York 10023, and against prior defense counsel Ira Heller, Esq., 135 Wilder St., Hillside, NJ 07205, and defendant, Betty Sebrow, 12 Beechwood Dr., Lawrence, NY 11559 jointly, and severally, in the amount of $9,680 representing amounts due under the May 24, 2023 Order.

AND IT IS FURTHER ORDERED that Judgment be and is hereby entered in favor of Plaintiff, John Doe, through his attorneys, Veridian Legal P.C., 23 West 73rd Street, Suite 102,

2

New York, New York 10023, and against prior defense counsel Ira Heller, Esq., 135 Wilder St., Hillside, NJ 07205, in the amount of $740.00, representing the remaining individual sanctions under the May 24, 2023 Order.

    AND IT IS FURTHER ORDERED that nothing herein shall preclude Plaintiff from collecting damages or additional attorney fees in this action and this Judgment relates solely to recovery of the May 24, 2023 Order.

                                    _____
                                    HON. STACEY D. ADAMS, U.S.M.J.