# Exhibit 1

 

Daniel Szalkiewicz <daniel@lawdss.com>

## Activity in Case 2:21-cv-20706-SDW-ESK DOE v. SEBROW Answer to Complaint
1 message

**njdefiling@njd.uscourts.gov** <njdefiling@njd.uscourts.gov>    Mon, Oct 3, 2022 at 2:37 PM
To: njdefiling@njd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered by HELLER, IRA on 10/3/2022 at 2:37 PM EDT and filed on 10/3/2022
**Case Name:**       DOE v. SEBROW
**Case Number:**     2:21-cv-20706-SDW-ESK
**Filer:**           JOHN DOE
**Document Number:** 13

**Docket Text:**
**ANSWER to Complaint , COUNTERCLAIM against All Plaintiffs by All Plaintiffs.(HELLER, IRA)**

**2:21-cv-20706-SDW-ESK Notice has been electronically mailed to:**

DANIEL SZALKIEWICZ &nbsp &nbsp daniel@lawdss.com

IRA W. HELLER &nbsp &nbsp iwheller@hhandf.com, singer721@aol.com

**2:21-cv-20706-SDW-ESK Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=10/3/2022] [FileNumber=16498583-0] [6be99e6047497f382d4aa3afbbb26b36de2588ab8e9fcbba39e546c3b9ac52562e ba6d32b61cb84b6695e3ebec6e4970d1412e5292a9885a56c8f53f0f24f9a8]]