# Exhibit 7

   Daniel Szalkiewicz &lt;daniel@lawdss.com&gt;

## Re: Joint Discovery Order
1 message

**Daniel Szalkiewicz** &lt;daniel@lawdss.com&gt;　　　　　　　　　　　　　　　　　　　　　　Tue, Nov 8, 2022 at 4:09 PM
To: Ira W Heller &lt;iwhelleresq@gmail.com&gt;

We needed to file it yesterday, so the sooner the better please.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033


On Tue, Nov 8, 2022 at 1:35 PM Ira W Heller &lt;iwhelleresq@gmail.com&gt; wrote:
> I will look it over and will get back to you.
>
> Thanks,
> Ira
>
> 
>
> Ira W. Heller, Esq.
> Tel: 908-275-8626
> Fax: 908-349-3005
> 1317 Morris Avenue
> Union, NJ 07083
> iwhelleresq@gmail.com
>
> This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or re-disclose such information for any purpose other than to provide the services for which you are receiving the information.
>
> **Rule of Evidence 408 Applicability**:  This communication may contain a settlement offer and/or information presented as part of settlement discussions.  Such information and offers are subject to the restrictions of FRE and NJRE 408 and may not be used for any purpose.
>
> **Reservation of All Rights and Defenses:** Unless specifically set forth to the contrary nothing herein may be interpreted as an admission and/or waiver of any rights or defenses, all of which are preserved.
>
> **IRS CIRCULAR 230 COMPLIANCE:** To ensure compliance with the requirements imposed by the IRS in

Circular 230 effective June 21, 2005, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Mon, Nov 7, 2022 at 11:14 AM Daniel Szalkiewicz <daniel@lawdss.com> wrote:
> Ira,
>
> Attached please find the proposed joint discovery order that needs to be submitted to the court.  Please review it and fill in your sections.  This is still pending review by the client but we need to submit it.
>
> Very Truly Yours,
>
> Daniel S. Szalkiewicz, Esq.
>
> **Daniel Szalkiewicz & Associates, P.C.**
> 23 West 73rd Street, Suite 102
> New York, New York 10023
> Tel:  (212) 706-1007
> Direct Dial: (212) 760-1007
> Cell: (929) 373-2735
> Fax: (646) 849-0033