# Exhibit 9

 

Daniel Szalkiewicz <daniel@lawdss.com>

# Re: Initial Disclosures
1 message

**Ira Heller** <iwhelleresq@gmail.com>   Thu, Nov 10, 2022 at 1:54 PM
To: Daniel Szalkiewicz <daniel@lawdss.com>

Hi Daniel, working on it now

IRA HELLER LAW, LLC
Ira W. Heller, Esq.
1317 Morris Avenue
Union, NJ 07083
908-275-8626
Fax 908-349-3005

> On Nov 10, 2022, at 8:53 AM, Daniel Szalkiewicz <daniel@lawdss.com> wrote:
>
>
> Please see attached.
>
> Very Truly Yours,
>
> Daniel S. Szalkiewicz, Esq.
>
> **Daniel Szalkiewicz & Associates, P.C.**
> 23 West 73rd Street, Suite 102
> New York, New York 10023
> Tel:  (212) 706-1007
> Direct Dial: (212) 760-1007
> Cell: (929) 373-2735
> Fax: (646) 849-0033



**Doe Initial Disclosures.pdf**
255K