# VERIDIAN LEGAL

23 West 73rd Street  Suite 102  New York, NY 10023

T: (212) 706-1007  F: (646) 849-0033  lawdss.com

July 18, 2025

<u>Via ECF</u>
United States Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

*Re:    John Doe v. Baila Sebrow*
*United States District Court, District of New Jersey*
*Case No.: 2:21-cv-20706*

Dear Judge Adams,

Our office represents Plaintiff in the above-captioned action. We write to request a one-week adjournment of our date to file the motion for sanctions referenced in paragraph two of the Amended Scheduling Order filed June 23, 2025 (D.E. 155). More specifically, the Order currently requires that the motion be filed by July 21, 2025, however we request that it be extended to July 28, 2025, due to travel conflicts which have left our office with a significant backlog.

We have spoken with Defendant's incoming counsel who graciously consented to our request.

Thank you in advance.

Respectfully submitted,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

*/s/ Daniel S. Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
*daniel@lawdss.com*