# Exhibit 1



Daniel Szalkiewicz <daniel@lawdss.com>

---

## Re: Initial Disclosures

---

**Daniel Szalkiewicz** <daniel@lawdss.com>  Fri, Nov 11, 2022 at 2:25 PM
To: Ira W Heller <iwhelleresq@gmail.com>

Ira,

Attached is a copy of the court order that was issued yesterday.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033


On Thu, Nov 10, 2022 at 4:12 PM Ira W Heller <iwhelleresq@gmail.com> wrote:
> So submission is delayed as well?



Ira W. Heller, Esq.
Tel: 908-275-8626
Fax: 908-349-3005
1317 Morris Avenue
Union, NJ 07083
iwhelleresq@gmail.com

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or re-disclose such information for any purpose other than to provide the services for which you are receiving the information.

**Rule of Evidence 408 Applicability**: This communication may contain a settlement offer and/or information presented as part of settlement discussions. Such information and offers are subject to the restrictions of FRE and NJRE 408 and may not be used for any purpose.

**Reservation of All Rights and Defenses:** Unless specifically set forth to the contrary nothing herein may be interpreted as an admission and/or waiver of any rights or defenses, all of which are preserved.

**IRS CIRCULAR 230 COMPLIANCE:** To ensure compliance with the requirements imposed by the IRS in Circular 230 effective June 21, 2005, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the

purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Thu, Nov 10, 2022 at 4:10 PM Daniel Szalkiewicz <daniel@lawdss.com> wrote:
> Yes, there was a court appearance this morning that we needed to be on.  The judge has scheduled an in person appearance for December 21 at 1:30.
>
> On Thu, Nov 10, 2022 at 3:39 PM Ira W Heller <iwhelleresq@gmail.com> wrote:
>> Attached is my redlined copy, and 2nd copy with changes accepted.
>>
>> Is your version already filed with the Court?
>>
>> 
>>
>> Ira W. Heller, Esq.
>> Tel: 908-275-8626
>> Fax: 908-349-3005
>> 1317 Morris Avenue
>> Union, NJ 07083
>> iwhelleresq@gmail.com
>>
>> This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or re-disclose such information for any purpose other than to provide the services for which you are receiving the information.
>>
>> **Rule of Evidence 408 Applicability**:  This communication may contain a settlement offer and/or information presented as part of settlement discussions.  Such information and offers are subject to the restrictions of FRE and NJRE 408 and may not be used for any purpose.
>>
>> **Reservation of All Rights and Defenses:** Unless specifically set forth to the contrary nothing herein may be interpreted as an admission and/or waiver of any rights or defenses, all of which are preserved.
>>
>> **IRS CIRCULAR 230 COMPLIANCE:** To ensure compliance with the requirements imposed by the IRS in Circular 230 effective June 21, 2005, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>>
>> On Thu, Nov 10, 2022 at 3:25 PM Daniel Szalkiewicz <daniel@lawdss.com> wrote:
>>> The court appearance was today already.
>>>
>>> On Thu, Nov 10, 2022 at 1:54 PM Ira Heller <iwhelleresq@gmail.com> wrote:
>>>> Hi Daniel, working on it now
>>>>
>>>> IRA HELLER LAW, LLC
>>>> Ira W. Heller, Esq.

1317 Morris Avenue
Union, NJ 07083
908-275-8626
Fax 908-349-3005

> On Nov 10, 2022, at 8:53 AM, Daniel Szalkiewicz <daniel@lawdss.com> wrote:
>
> Please see attached.
>
> Very Truly Yours,
>
> Daniel S. Szalkiewicz, Esq.
>
> **Daniel Szalkiewicz & Associates, P.C.**
> 23 West 73rd Street, Suite 102
> New York, New York 10023
> Tel:  (212) 706-1007
> Direct Dial: (212) 760-1007
> Cell: (929) 373-2735
> Fax: (646) 849-0033

--

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

--

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

---

📄 **18. November 10, 2022 Court Order.pdf**
143K

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,**<br><br>   Plaintiff,<br><br>v.<br><br>**BAILA SEBROW,**<br><br>   Defendant. | Case No. 21–cv–20706–SDW–ESK<br><br><br>**ORDER** |

  **THIS MATTER** having come before the Court pursuant to Federal Rule of Civil Procedure (Rule) 16 for an initial scheduling conference on November 10, 2022; and defendant's counsel having failed to appear for the conference; and defendant's counsel having also failed cooperate with plaintiff's counsel in preparing a joint proposed discovery plan (ECF No. 17-1); and plaintiff's counsel having, thus, having to file a proposed discovery plan without defendant's counsel's input (ECF No. 17); and for good cause appearing,

  **IT IS** on this  **10th** day of **November 2022**   **ORDERED** that:

  1. An in-person settlement conference is scheduled for **December 21, 2022 at 1:30 p.m.** before Magistrate Judge Edward S. Kiel. Attendance by trial counsel, as well as persons with full settlement authority, is mandatory. Each party shall submit by email, to ESK_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double-spaced pages, with an accompanying cover letter, no later than five business days before the conference. The cover letter shall exclude all confidential information and shall be filed, without enclosure, on the Court's electronic docket to confirm submission of the memorandum to the Court's email address.

  2. The imposition of sanctions is appropriate for defendant's counsel's failure to appear for the conference, failure to prepare substantially to participate in the conference, and failure to obey the Court's order. *See* Fed.R.Civ.P. 16(f). Accordingly, plaintiff's counsel is directed to file an affidavit of services for preparation of the proposed joint discovery plan, preparation for the conference, and attendance at the conference by **November 23, 2022**. Defendant may file a response to the affidavit by **December 8, 2022**. The imposition of sanctions shall be addressed at the in-person settlement conference.

3. The opportunity to appear and argue before the Court is valuable to becoming a competent and experienced attorney. The Court encourages law firms and litigants to provide this opportunity to less experienced attorneys, especially where these attorneys drafted or significantly contributed to motions and responses.

4. The parties shall exchange the information required under Rule. 26(a)(1) by **November 12, 2022**.

5. The parties shall meet and confer for an e-discovery conference pursuant to Local Rule 26.1(d) by **November 19, 2022**.

6. Fact discovery is to remain open through **February 17, 2023**. All depositions of fact witnesses must be completed by the close of fact discovery. No fact discovery shall be issued or engaged in beyond that date, except for good cause shown.

7. Motions to add new parties, whether by amended or third-party complaint, and motions to amend pleadings must be filed no later than **March 17, 2023**.

8. The parties may serve initial written discovery requests on or before **November 19, 2022**. Interrogatories shall be limited to **25** single questions, inclusive of subparts.

9. The number of depositions to be taken by each side shall not exceed **5**.

10. The parties are directed to Rule 26(f) and Local Rule 26.1, which address preservation of discoverable information, discovery of electronically stored information, claims of privilege or work product protection, and the obligations of counsel concerning their clients' information management systems.

11. The parties are directed to the Court's civil case management order, which can be found [here](), for procedures concerning discovery disputes, motion practice, and requests for extensions and adjournments. All disputes relating to written discovery requests shall be brought before the Court pursuant to the Court's civil case management order by **January 31, 2023**, or shall be deemed waived and will not be considered by the Court.

12. All affirmative expert reports shall be served by **February 28, 2023**. All responsive expert reports shall be served by **March 17, 2023**. Depositions of all experts shall be completed by **April 17, 2023**. All expert reports shall comport with the form and content requirements set forth in Rule 26(a)(2)(B).

No expert may testify at trial as to any opinions or facts not substantially disclosed in the expert's report.

13. Proposed confidentiality orders, submitted upon the consent of the parties, must comply with Rule 26(c), Local Rule 5.3, and applicable case law.

14. Parties and attorneys are encouraged to advise the Court of their preferred pronouns in the signature lines of pleadings, by advising the courtroom deputy before a hearing, or by orally advising the Court at a hearing.

                                                             */s/ Edward S. Kiel*
                                                             **EDWARD S. KIEL**
                                                             **UNITED STATES MAGISTRATE JUDGE**