# Exhibit 5



Daniel Szalkiewicz <daniel@lawdss.com>

---

# Fwd: Order
1 message

---

**Daniel Szalkiewicz** <daniel@lawdss.com>　　　　　　　　　　　　　　　　　　　　Fri, Dec 16, 2022 at 1:52 PM
To: Ira W Heller <iwhelleresq@gmail.com>

Ira,

On December 12, 2022 you were ordered to turn over the initial disclosures by December 15, 2022. We have have not received them.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033
--
Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

---



**21. Court Order.pdf**
912K