# Exhibit 6



# Re: John Doe v. Baila Sebrow - Case No.: 2:21-cv-20706
1 message

**Daniel Szalkiewicz** <daniel@lawdss.com>  Mon, Dec 19, 2022 at 3:11 PM
To: esk_orders@njd.uscourts.gov
Cc: Ira W Heller <iwhelleresq@gmail.com>

Good afternoon,

Please see attached.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033


On Fri, Dec 16, 2022 at 4:05 PM Ira W Heller <iwhelleresq@gmail.com> wrote:
> Please find letter attached in regard to the above referenced matter.
>
> Thank you!
> Ira W. Heller, Esq.
>
>  IRA HELLER LAW, LLC
>
> Ira W. Heller, Esq.
> Tel: 908-275-8626
> Fax: 908-349-3005
> 1317 Morris Avenue
> Union, NJ 07083
> iwhelleresq@gmail.com
>
> This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or re-disclose such information for any purpose other than to provide the services for which you are receiving the information.
>
> **Rule of Evidence 408 Applicability**:  This communication may contain a settlement offer and/or information presented as part of settlement discussions.  Such information and offers are subject to the restrictions of FRE and NJRE 408 and may not be used for any purpose.
>
> **Reservation of All Rights and Defenses:** Unless specifically set forth to the contrary nothing herein may be

interpreted as an admission and/or waiver of any rights or defenses, all of which are preserved.

**IRS CIRCULAR 230 COMPLIANCE:** To ensure compliance with the requirements imposed by the IRS in Circular 230 effective June 21, 2005, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**2022.12.19 Letter to Magistrate Kiel.pdf**
185K

# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

December 9, 2022

**Via CEF**
United States Magistrate Judge Edward S. Kiel
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

*Re:* *John Doe v. Baila Sebrow*
*United States District Court, District of New Jersey*
*Case No.: 2:21-cv-20706*

Dear Magistrate Kiel,

We represent the plaintiff in the above-referenced matter. I am in receipt of the defendant's correspondence dated December 16, 2022. While I do not normally litigate by correspondence, I believe it is necessary to address several assertions made by Mr. Heller.

First, at no point did we request that the settlement conference be adjourned. My client looks forward to meeting with the court to discuss the substantive issues.

Second, despite two court orders, Ms. Sebrow still has not provided our office with her initial disclosures. While Mr. Heller states he is not acting in bad faith because he is receiving notices to an older email address, this does not explain why Mr. Heller is ignoring the court orders that I have sent him. On November 1, 2022 I sent him DE 14, on November 11, 2022, I sent him DE 18, and on December 16, 2022 I sent him DE 21. He has still not complied with the orders. It is also clear that Mr. Heller does not have an issue accessing the docket as he filed the answer in this matter.

Third, based on the vast amount of evidence, this is not a frivolous lawsuit and the defendants' inaction in this matter only further harms the plaintiff. Any collateral attacks on my client or our firm are designed to mask Sebrow's bad conduct.

We look forward to discussing this matter further on Wednesday at the settlement conference.

Very Truly Yours,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

By: Daniel S. Szalkiewicz, Esq.
*daniel@lawdss.com*