# Exhibit 9



Daniel Szalkiewicz <daniel@lawdss.com>

---

# Everything that is outstanding.
1 message

---

**Daniel Szalkiewicz** <daniel@lawdss.com>  Tue, Dec 27, 2022 at 11:39 AM
To: Ira W Heller <iwhelleresq@gmail.com>


Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

---

**6 attachments**

- **Doe Initial Disclosures.pdf**
  255K
- **Sebrow Doc Demands.pdf**
  345K
- **Sebrow Interrogatories.pdf**
  339K
- **Notice of Deposition - Baila Sebrow.pdf**
  161K
- **18. November 10, 2022 Court Order.pdf**
  143K
- **23. December 21, 2022 Court Order.pdf**
  174K