# Exhibit 10

 

Daniel Szalkiewicz <daniel@lawdss.com>

---

# Discovery
1 message

---

**Ira Heller** <iwhelleresq@gmail.com>  Thu, Jan 5, 2023 at 8:26 AM
To: Daniel Szalkiewicz <daniel@lawdss.com>

Daniel,

Your discovery demands are complete. Please excuse the slight delay, I need to obtain one more piece of information, and will have the papers over to you today.

Best,
Ira

IRA HELLER LAW, LLC
Ira W. Heller, Esq.
1317 Morris Avenue
Union, NJ 07083
908-275-8626
Fax 908-349-3005