# Exhibit 11

 

Daniel Szalkiewicz <daniel@lawdss.com>

## Re: Discovery
1 message

**Ira W Heller** <iwhelleresq@gmail.com>  Fri, Jan 6, 2023 at 4:10 PM
To: Daniel Szalkiewicz <daniel@lawdss.com>

Of course, so sorry for the delay. As I told you, I was awaiting two pieces of information that took me a day longer than I expected. It is a bit too close to Shabbat to convert the docs appropriately, I will get them to you over the weekend.

My best,
Ira

 Ira Heller Law, LLC

Ira W. Heller, Esq.
Tel: 908-275-8626
Fax: 908-349-3005
1317 Morris Avenue
Union, NJ 07083
iwhelleresq@gmail.com

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or re-disclose such information for any purpose other than to provide the services for which you are receiving the information.

**Rule of Evidence 408 Applicability**:  This communication may contain a settlement offer and/or information presented as part of settlement discussions.  Such information and offers are subject to the restrictions of FRE and NJRE 408 and may not be used for any purpose.

**Reservation of All Rights and Defenses:** Unless specifically set forth to the contrary nothing herein may be interpreted as an admission and/or waiver of any rights or defenses, all of which are preserved.

**IRS CIRCULAR 230 COMPLIANCE:** To ensure compliance with the requirements imposed by the IRS in Circular 230 effective June 21, 2005, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Fri, Jan 6, 2023 at 2:38 PM Daniel Szalkiewicz <daniel@lawdss.com> wrote:
> Ira,
>
> You wrote me that your responses would be received yesterday.  I did not receive them from you.  Are you still planning on responding?

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Thu, Jan 5, 2023 at 8:26 AM Ira Heller <iwhelleresq@gmail.com> wrote:
> Daniel,
>
> Your discovery demands are complete. Please excuse the slight delay, I need to obtain one more piece of information, and will have the papers over to you today.
>
> Best,
> Ira
>
> IRA HELLER LAW, LLC
> Ira W. Heller, Esq.
> 1317 Morris Avenue
> Union, NJ 07083
> 908-275-8626
> Fax 908-349-3005