Exhibit
13



## Re: Discovery responses - Sebrow

1 message

**Daniel Szalkiewicz** <daniel@lawdss.com>                    Mon, Jan 9, 2023 at 4:20 PM
To: Ira W Heller <iwhelleresq@gmail.com>

I meant that your responses state "RESPONSE TO DOCUMENT REQUEST NO. 7-19 and 21, 23 - 25:
To the extent that these documents exist and are in custody of the Defendant, they are attached hereto."

Nothing but the responses were sent.  Are you turning over discovery documents as well, such as the police report, etc?

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033


On Mon, Jan 9, 2023 at 4:18 PM Ira W Heller <iwhelleresq@gmail.com> wrote:
> Daniel,
>
> Please confirm that these came through.
>
> Best,
> Ira

 Ira Heller Law, llc

Ira W. Heller, Esq.
Tel: 908-275-8626
Fax: 908-349-3005
1317 Morris Avenue
Union, NJ 07083
iwhelleresq@gmail.com

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you receive this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or re-disclose such information for any purpose other than to provide the services for which you are receiving the information.

**Rule of Evidence 408 Applicability**:  This communication may contain a settlement offer and/or information presented as part of settlement discussions.  Such information and offers are subject to the restrictions of FRE

and NJRE 408 and may not be used for any purpose.

**Reservation of All Rights and Defenses:** Unless specifically set forth to the contrary nothing herein may be interpreted as an admission and/or waiver of any rights or defenses, all of which are preserved.

**IRS CIRCULAR 230 COMPLIANCE:** To ensure compliance with the requirements imposed by the IRS in Circular 230 effective June 21, 2005, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.