# Exhibit 18

 Daniel Szalkiewicz <daniel@lawdss.com>

## 21-cv-20706-SDW-ESK DOE v. SEBROW
1 message

**Daniel Szalkiewicz** <daniel@lawdss.com>  Mon, Mar 20, 2023 at 11:33 AM
To: Ira W Heller <iwhelleresq@gmail.com>

Mr. Heller,

Please let us know when Ms. Sebrow's device will be made available for examination. Additionally, please let me know when you will be providing the discovery obtained from her phone together with an expert report.

Thank you.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033