# Exhibit 19

 

Daniel Szalkiewicz <daniel@lawdss.com>

---

# Doe v. Sebrow
1 message

---

**Daniel Szalkiewicz** <daniel@lawdss.com>  Thu, May 4, 2023 at 11:37 AM
To: Ira W Heller <iwhelleresq@gmail.com>

Ira,

I hope all is well.

Please let me know when you will be providing all of your expert witness information, including your client's device and emails for our forensic to examine.

Thank you.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033