# Exhibit 20



Daniel Szalkiewicz <daniel@lawdss.com>

---

## iDS and Sebrow
1 message

---

**Daniel Szalkiewicz** <daniel@lawdss.com>  Fri, Jun 2, 2023 at 12:40 PM
To: Ira W Heller <iwhelleresq@gmail.com>, Abraham Borenstein <avib@bmclawyers.net>, Mike Perelman <mperelman@idsinc.com>, Cali Madia <cali@lawdss.com>

Ira,

I am including Mike Perelman from iDS on this email.

They are available Wednesday to go onsite and collect Sebrow's computer and iPhone.

They are free today to begin the remote gathering of her iCloud account, email accounts and Apple account.  Please let me know when she can be made available to provide them with her passwords.

Mike will tell you what additional information he needs, but we need to know all of her email accounts and type of computer she has and any other computer she has accessed in her house since 2018.  These will all be subject to the cloning.

Mike, at a minimum we know she has:

1. iCloud account
2. iPhone.
3. WhatsApp
4. AOL account.
5. Desktop computer.

Ira, we can do this via Zoom so you can witness the process or Mike can contact Sebrow directly.  Please let me know.

Thank you.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033