# Exhibit 21



Daniel Szalkiewicz <daniel@lawdss.com>

## Doe v. Sebrow
1 message

---

**Daniel Szalkiewicz** <daniel@lawdss.com>  Mon, Jun 5, 2023 at 1:21 PM
To: Ira W Heller <iwhelleresq@gmail.com>
Cc: Abraham Borenstein <avib@bmclawyers.net>, Cali Madia <cali@lawdss.com>

Please see attached.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Daniel Szalkiewicz & Associates, P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

---

📄 **2023.06.05 Ltr to Heller .pdf**
171K

# Daniel Szalkiewicz
# & Associates

23 West 73rd Street  T: (212) 706-1007
Suite 102             F: (646) 849-0033
New York, NY 10023    lawdss.com

June 5, 2023

**Via E- Mail Only (iwhelleresq@gmail.com)**
Ira Heller Law, LLC.
Attn: Ira Heller, Esq.
1317 Morris Avenue
Union, New Jersey 07083

*Re:*   *John Doe v. Baila Sebrow*
         *United States District Court, District of New Jersey*
         *Case No.: 2:21-cv-20706*

Dear Mr. Heller,

      I am writing to follow up on our telephone conversation. Our office sent you two emails on Friday, June 2, 2023. The first related to the nonpayment of the court-ordered attorney fees. The second included Mike Perelman, a director from IDS Inc, the firm retained to collect Sebrow's devices and information. Although we requested a response by Friday, you did not comply.

      I called your office this morning, and you said you were speaking with your client and would call me back. On a later conference call with Mr. Borenstein and myself, I informed you that we had experts lined up to image Sebrow's devices and download her information. I also stated that several pieces of information, including her iCloud account, Apple details, email accounts, and other accounts could be gathered remotely, today. In response, you requested additional time to pay the $10,570.00 attorney fee sanctions. Mr. Borenstein and I stated we would speak to our client concerning the courtesy you requested with the understanding that:

1. Sebrow would set a firm date to have her iPhone, computer, storage devices, and other electronics collected and imaged in person; and
2. Sebrow would meet with us today, via Zoom or another method, to have her accounts remotely gathered.

      It is increasingly difficult to explain to my client why we should provide Sebrow with any further delay given the silence on your side. The attorney fees were due May 31, 2023, yet we did not receive a single call or email from you. We sent two detailed emails on Friday, but we also did not receive a response. In court you represented that you had communicated with our firm regarding a $2,000.00 payment and issues with the expert. This also did not happen. Sebrow is claiming poverty yet alleges she was offered a "$16,000 for a 'Consultant' credit for each episode" of Netflix's new show Jewish Matchmaking[1]. While she allegedly declined their offer, the show currently has eight episodes, meaning she was wealthy enough to turn down $128,000.00.

---

[1] https://vinnews.com/2023/04/24/baila-sebrow-the-real-story-behind-netflix-new-jewish-matchmaking-show/

Daniel Szalkiewicz & Associates, P.C.

DS & A

June 5, 2023
Page 2

---

      However, it is our client's desire not to delay the matter any further. Please confirm whether Sebrow will consent to our responsible terms in exchange for extending the time to pay the sum she is already in default. We have the forensic company on standby. If we do not receive a response today, we will go forward with the court filing.

      Thank you.

                                      Very Truly Yours,

                                      DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

                                      By: Daniel S. Szalkiewicz, Esq.
                                      *daniel@lawdss.com*

cc: Abraham Borenstein, Esq. (via email)