# KEMENY, RAMP & RENAUD, LLC

TRUSTED TRIAL COUNSEL

| | | |
|---|---|---|
| **Alexander J. Kemeny, Esq.** | 7-G Auer Court | Office Tel.: (732) 853-1725 |
| akemeny@kemenylaw.com | Williamsburg Commons | Direct Dial: (732) 853-1025 |
| www.kemenylaw.com | East Brunswick, NJ 08816 | Facsimile: (732) 853-1730 |

August 7, 2025

**Via ECF**
United States Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

   **Re:** **John Doe v. Baila Sebrow**
      **Case No.: 2:21-cv-20706**

Dear Judge Adams:

  My firm represents the Defendant, Betty "Baila" Sebrow, in the above referenced matter. We respectfully request that the upcoming settlement conference be rescheduled for September 2, 2025, so that it may occur on the same day that Plaintiff's pending motion will be heard.

  Your Honor had previously scheduled a settlement conference and return date for sanctions to take place on August 18, 2025. However, with the court's permission, the Plaintiff filed the motion a week later than scheduled under the court's recent case management orders. As a result, the return date of the motion hearing has been scheduled for September 2, 2025. As such, we request the ensuing settlement conference be rescheduled for September 2, 2025. My adversary has consented to this request.

  Thank you very much for the court's time and attention to this matter.

                Respectfully submitted,

                *Alex Kemeny*
                **ALEXANDER J. KEMENY**

AJK/av
cc: Daniel S. Szalkiewicz, Esq. (via ECF)