**KEMENY, RAMP & RENAUD, LLC**
*Alexander J. Kemeny, Esq. (Attorney I.D. No.: 039842009)*
7-G Auer Court
Williamsburg Commons
East Brunswick, New Jersey 08816
Tel: (732) 853-1725 | Fax: (732) 853-1730
Email: akemeny@kemenylaw.com
Website: www.KemenyLaw.com
*Attorneys for Defendant, Betty Sebrow, improperly pled as Baila Sebrow*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE**, <br><br> Plaintiff, <br><br> v. <br><br> **BAILA SEBROW**, <br><br> Defendant. | Civil Action No. <br> 2:21-cv-20706 (MEF) (SDA) <br><br> **NOTICE OF MOTION FOR A JUDGMENT ON THE PLEADINGS, PURSUANT TO FED. R. CIV. P. 12(C)** |

**PLEASE TAKE NOTICE** that on **September 2, 2025**, or as soon thereafter as counsel may be heard, the undersigned, attorney for Defendant Betty Sebrow, will apply to the Presiding Civil Judge, or his designee, of the United States District Court, District of New Jersey, for an Order dismissing Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(c).

**PLEASE TAKE FURTHER NOTICE** that it is requested that oral argument is requested.

In support of his motion, Defendant will rely upon the attached Memorandum of Law and the Pleadings previously filed in this matter.

A proposed form of Order is attached.

                                            **KEMENY, RAMP & RENAUD, LLC**
                                            Attorneys for Defendant, Betty Sebrow

Dated: August 8, 2025        By:     */s/ Alexander J. Kemeny*
                                            **ALEXANDER J. KEMENY**
                                            NJ Attorney I.D.: *039842009*