**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOHN DOE**, <br><br> Plaintiff, <br><br> v. <br><br> **BAILA SEBROW**, <br><br> Defendant. | Civil Action No. <br> 2:21-cv-20706 (MEF) (SDA) <br><br> **ORDER ENTERING A JUDGMENT ON THE PLEADINGS, PURSUANT TO FED. R. CIV. P. 12(C)** |

**THIS MATTER** having been opened to the Court by way of motion filed by Alexander J. Kemeny, of Kemeny, Ramp & Renaud, LLC, attorneys for Defendant Betty Sebrow, seeking a judgment on the pleadings and dismissing Plaintiff's Amended Complaint pursuant to FED. R. CIV. P. 12(c), and the Court having considered the moving papers, and any opposition that may have been filed, and for good cause shown,

It is on this _____ day of _____, 2025,

**ORDERED** that Defendant Baila Sebrow's Motion for a Judgement on the Pleadings is hereby GRANTED and Plaintiff's Amended Complaint is hereby dismissed with PREJUDICE in its entirety, pursuant to Fed. R. Civ. P. 12(c).

_____
HON. STACEY D. ADAMS, U.S.M.J.