# KEMENY, RAMP & RENAUD, LLC

TRUSTED TRIAL COUNSEL

| | | |
|---|---|---|
| **Alexander J. Kemeny, Esq.** | 7-G Auer Court | Office Tel.: (732) 853-1725 |
| akemeny@kemenylaw.com | Williamsburg Commons | Direct Dial: (732) 853-1025 |
| www.kemenylaw.com | East Brunswick, NJ 08816 | Facsimile: (732) 853-1730 |

August 25, 2025

<u>Via ECF</u>
United States District Court Judge Michael E. Farbiarz
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

United States Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

  Re: <u>John Doe v Baila Sebrow</u>
     Case No.: 2:21-cv-20706

Dear Judge Farbiarz and Judge Adams:

  My office represents the defendant, Baila Sebrow in the above-mentioned matter. I write to respectfully request the adjournment of Plaintiff's pending motion for spoliation sanctions seeking to strike Defendant's Answer to the Amended Complaint (Document 162) before Judge Adams and Defendant's motion for judgment on pleadings (Document 167) that is returnable before Judge Farbiarz, to October 6, 2025. Both motions are currently returnable on September 2, 2025, and counsel for the parties have consented to this request.

  Late Wednesday evening, August 13, 2025, Plaintiff's counsel, Daniel Szalkiewicz, emailed me to request an adjournment of Defendant's pending motion for judgment on pleadings to October 6, 2025. I responded the following morning advising that he had my consent to adjourn Plaintiff's motion for sanctions so long as the Defendant's motion for judgment on pleadings was also adjourned to the same date. I also expressed my preference to keep the settlement conference, currently scheduled for September 4, 2025, scheduled for that day.

  Counsel corresponded by email and spoke by phone on August 19, 2025, when we agreed to adjourn the pending motions and Plaintiff's counsel expressed Plaintiff's hesitancy to proceed with the settlement conference on September 4, 2025, with the motions still pending. As such, he was going to contact his client to confirm whether Plaintiff wanted to proceed with the settlement conference on September 4, 2025, or adjourn that conference. I advised that although my client and I preferred to proceed with the settlement conference on September 4, 2025, he had our consent to adjourn the conference if his client insisted. Mr. Szalkiewicz advised that he would write to the Court to adjourn the motions after he spoke with Plaintiff.

Re: <u>John Doe v Baila Sebrow</u>  
Case No.: 2:21-cv-20706

US District Court Judge Michael E. Farbiarz  
US Magistrate Judge Stacey D. Adams  
August 25, 2025  
Page 2 of 2

    Relying on our discussion, I postponed filing Plaintiff's opposition to the motion for sanctions, and I expected that Mr. Szalkiewicz would file an adjournment request. My understanding is that Mr. Szalkiewicz was away on vacation when we spoke, and may still be on vacation, and I am unaware if he has yet to confer with his client. However, because the deadline to file an opposition to both of the pending motions has now passed, I wanted to submit this joint request for an adjournment without delaying further and respectfully request that the pending motions be adjourned to October 6, 2025. My client is not requesting an adjournment of the settlement conference, but Plaintiff has our consent if he desires to request such an adjournment.

    Thank you for the Court's attention to this matter.

Respectfully submitted,

**ALEXANDER J. KEMENY**

AJK/atv

cc:    Daniel S. Szalkiewicz, Esq. (via ECF)  
        Client (via email)