# VERIDIAN LEGAL

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

July 18, 2025

**Via ECF**
United States Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

*Re:*     ***John Doe v. Baila Sebrow***
          ***United States District Court, District of New Jersey***
          ***Case No.: 2:21-cv-20706***

Dear Judge Adams,

    Our office represents Plaintiff in the above-captioned action. I learned that I am required to travel to Florida for a Title IX hearing starting September 3, 2025. My partner is only admitted in this matter *pro hac vice* as she is not admitted to practice in New Jersey. Therefore, it is respectfully requested that the settlement conference be adjourned as well until a later date.

    Thank you in advance.

Respectfully submitted,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

*/s/ Daniel S. Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
**daniel@lawdss.com**