# VERIDIAN LEGAL

23 West 73rd Street  T: (212) 706-1007
Suite 102  F: (646) 849-0033
New York, NY 10023  lawdss.com

July 18, 2025

**ORDER**

**Via ECF**
United States Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

*Re:*   **John Doe v. Baila Sebrow**
  **United States District Court, District of New Jersey**
  **Case No.: 2:21-cv-20706**

Dear Judge Adams,

Our office represents Plaintiff in the above-captioned action. I learned that I am required to travel to Florida for a Title IX hearing starting September 3, 2025. My partner is only admitted in this matter *pro hac vice* as she is not admitted to practice in New Jersey. Therefore, it is respectfully requested that the settlement conference be adjourned as well until a later date.

Thank you in advance.

Respectfully submitted,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.

*/s/ Daniel S. Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
daniel@lawdss.com

The highlighted request is DENIED.
SO ORDERED.

_____
Stacey D. Adams
United States Magistrate Judge
Dated: September 2, 2025

Veridian Legal P.C.