1  you didn't rape me.  I'm sorry.  I'm sorry I said
2  that.  What steps did you take to hire a professional
3  person to find out who could have said that instead
4  of you?
5  A.    At the time I retained an attorney, when you
6  wanted me to sign a nondisclosure and I told the
7  attorney that when I first saw those messages that I
8  didn't send them.
9       Q.    That's what you had told to your
10 attorney?
11 A.    That's correct.
12      Q.    Okay.  But did you hire anybody to
13 prove that somehow they got into your phone?
14 A.    I didn't hire anybody.
15      Q.    And you haven't hired anybody until
16 today; have you?
17 A.    I can't answer that.
18      Q.    Why?  It's something that you have to
19 answer.
20            So have you hired somebody to prove
21 that those messages that you sent telling John Doe
22 you didn't rape me and I am sorry I said it, that
23 somebody other than you sent it?  I don't know why
24 you're hesitating.  If you intend to offer evidence
25 in this case and you're asked directly, have you

```
 1  hired an expert to do expert work, you have to
 2  identify who the expert is.  So would you please tell
 3  me --
 4              MR. HELLER:  You can answer.
 5       Q.     -- if you have done so?
 6  A.     Yes, I did hire somebody.
 7       Q.     Who did you hire?
 8              MR. HELLER:  That I'm going to keep.
 9              MR. BORENSTEIN:  You can't keep.  We're
10  entitled to know who your expert is.
11              MR. HELLER:  When I bring the expert
12  you will know who it is.  You can vet the expert at
13  the proper time.
14              MR. BORENSTEIN:  You have to disclose
15  the expert in your Answers to Interrogatories.
16              And I'm entitled to know who it is now.
17  We are having a deposition of the witness who has
18  hired an expert.  I'm entitled to know who it is.
19              Otherwise, I am telling you right now,
20  we're going to make a motion to preclude.  And the
21  utilization of that expert will not occur if the
22  judge finds for us, which I think he will.
23              So who is the expert?  What's the big
24  secret?
25              MR. HELLER:  Give me a sticker, please.
```

```
 1                MR. BORENSTEIN:  What?
 2                MR. HELLER:  Give me a sticker, please.
 3                THE WITNESS:  Why are you smiling at
 4   me?
 5                MR. SZALKIEWICZ:  I'm not smiling at
 6   you.
 7                I'm smiling in general.
 8                Why are you smiling back?
 9                MR. HELLER:  You know, we can cut this
10   out now.
11                THE WITNESS:  I would appreciate
12   that.
13                MR. SZALKIEWICZ:  Well, your client is
14   directing --
15                MR. HELLER:  Well, you are making
16   faces.  I noticed you making faces.
17                MR. SZALKIEWICZ:  Ms. Sebrow, please
18   don't direct anything towards me.
19                MR. BORENSTEIN:  Okay.  Mr. Heller has
20   given me something.  It looks like a name.  I will
21   put it on the record.  N-C-A-Z-S, with a phone
22   number.  213-973-7811.
23        Q.    Do you know anything about that entity,
24   Ms. Sebrow?
25   A.    About that what?
```

```
 1         Q.    That entity.  I'm assuming it's a
 2   company, N-C-A-Z-S.
 3   A.    Yes.
 4         Q.    Do you know who it is?
 5   A.    I know about the company, yes.
 6         Q.    Tell me about the company.  Who is it?
 7   A.    I can't explain it because I don't know
 8   technicalities.
 9         Q.    Well, do you know who runs the company?
10   A.    Don't know him personally.  I don't know the
11   people personally.
12         Q.    Have you spoken to them on the phone?
13   A.    Yes.
14         Q.    Have you hired them to perform expert
15   services in this case?
16   A.    Yes.
17         Q.    When did you hire them?
18   A.    A few weeks ago.
19         Q.    Have they looked at any materials in
20   relation to this case, such as these text messages?
21   A.    They've looked at material.
22         Q.    What did they look at?
23   A.    Phone.
24         Q.    Your phone?
25   A.    Uh-huh.
```

```
 1          Q.    Yes?
 2    A.    Yes.
 3          Q.    Did you give them anybody else's phone?
 4    A.    No.
 5          Q.    Did you give them any letters?
 6    A.    Letters?
 7          Q.    Letters.
 8    A.    I didn't give them any letters.
 9          Q.    Did you give them WhatsApp messages?
10    A.    I gave them my phone.
11          Q.    And were they hired to perform a
12    forensic search on your phone?
13    A.    Yes.
14          Q.    What phone company do you use, by the
15    way?
16    A.    Verizon.
17                MR. BORENSTEIN:  Okay.  Scroll down,
18    please, a little bit.
19          Q.    Do you see on 7/11/18, 5:43:10 p.m. you
20    state:  "I hope you realize that I am a sincere
21    person with integrity."
22                Did you write that?
23    A.    No.  I don't recall writing that.
24          Q.    Are you a sincere person with
25    integrity?
```