

DONNELLY MINTER & KELLY, LLC

**PATRICK B. MINTER**
Direct Dial 973.200.6405
pminter@dmklawgroup.com

December 1 2025

**VIA ECF**
Honorable Stacey D. Adams, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

> **RE:   John Doe v. Baila Sebrow**
> **Case No. 2:21-cv-20706-MEF-SDA**

Dear Judge Adams:

This office represents Ira W. Heller, Esq. By way of background, Mr. Heller was formerly counsel for the Defendant in this matter. His motion to be relieved as counsel was granted by Your Honor on May 7, 2025.  (ECF No. 148.) Thereafter, on June 20, 2025, Mr. Heller filed a motion to vacate sanctions imposed against him in prior Orders issued by the Court.  (ECF No. 151.) This motion is currently pending before Your Honor.

The purpose of this letter is to request leave of Court to enter an appearance on the docket for Mr. Heller for the limited purpose of representing his interests in connection with the pending motion to vacate the sanctions issued against him. We would also respectfully request oral argument and leave of Court to submit a very short letter brief on his behalf. Counsel for the Defendant consents in full to our requests. Counsel for the Plaintiff consents to our request for leave to appear for Mr. Heller, but does not consent to either oral argument or the submission of additional briefing.

We thank Your Honor in advance for your consideration of this request.

Respectfully submitted,

*/s/ Patrick B. Minter*

PATRICK B. MINTER

cc: All Counsel (via ECF)



163 Madison Avenue, Suite 320
Morristown, NJ 07960
Tel: 973.200.6400
Fax: 973.200.6401
dmklawgroup.com

48 Wall Street, 11th Floor
New York, New York 10005
Tel: 212.537.9125
Fax: 212.537.9198
dmklawgroup.com