## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>BAILA SEBROW;<br><br>    Defendants. | Civil Action No.: 2:21-cv-20706-MEF-SDA<br><br>*Document Electronically Filed*<br><br><br>**NOTICE OF APPEARANCE ON BEHALF OF<br>IRA W. HELLER, ESQ.** |

**PLEASE TAKE NOTICE** that Patrick B. Minter, Esq. of Donnelly Minter & Kelly, LLC hereby enters his appearance in this action on behalf of Ira W. Heller, Esq. pursuant to the December 5, 2025 Text Order, Document 178, entered by the Honorable Stacey D. Adams, U.S.M.J.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests to be added to the service list for all future electronic notifications.

Dated: December 5, 2025                **DONNELLY MINTER & KELLY, LLC**

                        By:    /s/ *Patrick B. Minter*
                               Patrick B. Minter
                               pmin@dmklawgroup.com

                               163 Madison Avenue, Suite 320
                               Morristown, New Jersey 07960
                               (973) 200-6389

                               *Attorneys for
                               Ira W. Heller, Esq.*