**KEMENY, RAMP & RENAUD, LLC**
*Alexander J. Kemeny, Esq. (Attorney I.D. No.: 039842009)*
7-G Auer Court
Williamsburg Commons
East Brunswick, New Jersey 08816
Tel: (732) 853-1725 | Fax: (732) 853-1730
Email: akemeny@kemenylaw.com
Website: www.KemenyLaw.com
*Attorneys for Defendant, Betty Sebrow, improperly pled as Baila Sebrow*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE**, <br><br> Plaintiff, <br><br> v. <br><br> **BAILA SEBROW**, <br><br> Defendant. | Civil Action No. <br> 2:21-cv-20706 (MEF) (SDA) <br><br> **NOTICE OF MOTION TO** <br> **BE RELIEVED AS COUNSEL** |

**TO:**  Defendant Betty Sebrow (via regular mail, certified mail, and email) and all counsel of record (via ECF)

**Ms. Sebrow and Counsel:**

**PLEASE TAKE NOTICE** that on June 1, 2026, or as soon thereafter as counsel may be heard, before the Honorable Stacey D. Adams, U.S.M.J., or such other Judge of the Court as may be designated, Kemeny, Ramp & Renaud, LLC

Page 1 of 3

and Alexander J. Kemeny, Esq. will move this Court, pursuant to L. Civ. R. 102.1, for entry of an Order permitting Kemeny, Ramp & Renaud, LLC and Alexander J. Kemeny, Esq. to be relieved as counsel for Defendant Betty Sebrow.

**PLEASE TAKE FURTHER NOTICE** that Movants also request that Defendant be afforded a limited period of time to retain substitute counsel or advise the Court that she intends to proceed pro se, that any deadlines affected by the substitution period be adjusted as the Court deems appropriate, that withdrawing counsel be directed to serve any Order granting this Motion upon Defendant, and that the Court grant such other and further relief as it deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Movants will rely upon the accompanying Declaration of Alexander J. Kemeny, Esq.; the accompanying Letter Brief in Support; the accompanying proposed form of Order; all pleadings, orders, and proceedings of record in this action; and such other papers and argument as may be submitted or permitted by the Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**KEMENY, RAMP & RENAUD, LLC**
Attorneys for Defendant, Betty Sebrow

Dated: May 7 2026                By:        */s/ Alexander J. Kemeny*
                                      **ALEXANDER J. KEMENY**
                                      NJ Attorney I.D.: 039842009