**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **JOHN DOE**, <br><br> Plaintiff, <br><br> v. <br><br> **BAILA SEBROW**, <br><br> Defendant. | Civil Action No. <br> 2:21-cv-20706 (MEF) (SDA) <br><br><br> **ORDER GRANTING MOTION** <br> **TO BE RELIEVED AS COUNSEL** |

**THIS MATTER** having come before the Court on the motion of Kemeny, Ramp & Renaud, LLC and Alexander J. Kemeny, Esq., to be relieved as counsel for Defendant Betty Sebrow (pled as Baila Sebrow), and the Court having considered the moving papers and any opposition, and for good cause shown;

IT IS on this _____ day of _____, 2026, ORDERED as follows:

    1. The Motion is **GRANTED**.

    2. Kemeny, Ramp & Renaud, LLC and Alexander J. Kemeny, Esq. are hereby RELIEVED as counsel for Defendant in this action.

3.  The Clerk of the Court shall terminate Kemeny, Ramp & Renaud, LLC and Alexander J. Kemeny, Esq. as counsel of record for Defendant on the docket.

4.  Defendant shall, within thirty (30) days of entry of this Order, cause substitute counsel to enter an appearance on her behalf or file a notice of appearance pro se, and shall provide a current mailing address, email address (if any), and telephone number for service and communications.

5.  All deadlines and obligations in this action remain in effect unless modified by the Court.

6.  Within three (3) business days of entry of this Order, withdrawing counsel shall serve a copy of this Order upon Defendant by certified mail and regular mail at Defendant's last known address, and shall file proof of service on the docket.

_____
HON. STACEY D. ADAMS, U.S.M.J.