**KEMENY, RAMP & RENAUD, LLC**
*Alexander J. Kemeny, Esq. (Attorney I.D. No.: 039842009)*
7-G Auer Court
Williamsburg Commons
East Brunswick, New Jersey 08816
Tel: (732) 853-1725 | Fax: (732) 853-1730
Email: akemeny@kemenylaw.com
Website: www.KemenyLaw.com
*Attorneys for Defendant, Betty Sebrow, improperly pled as Baila Sebrow*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **JOHN DOE**, <br><br> Plaintiff, <br><br> v. <br><br> **BAILA SEBROW**, <br><br> Defendant. | Civil Action No. <br> 2:21-cv-20706 (MEF) (SDA) <br><br><br> **Certification of Service** |

I hereby certify that on the date set forth below I have caused a true and correct copy of the accompanying Motion to Withdraw as Counsel to be served on Defendant Betty Sebrow via regular mail, certified mail, and email and on all counsel of record via ECF.

> **KEMENY, RAMP & RENAUD, LLC**
> Attorneys for Defendant, Betty Sebrow

Dated: May 7 2026          By: _____ */s/ Alexander J. Kemeny*
                                   **ALEXANDER J. KEMENY**
                                   NJ Attorney I.D.: 039842009