VERIDIAN
LEGAL

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
veridianlegal.com

May 8, 2026

**Via ECF**
United States Magistrate Judge Stacey D. Adams
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

*Re:*  *John Doe v. Baila Sebrow*
      *United States District Court, District of New Jersey*
      *Case No.: 2:21-cv-20706*

Dear Judge Adams,

Plaintiff John Doe is in receipt of the Motion to Withdraw (Dkt. 194) filed by Defendant's attorneys.  Plaintiff does not oppose Defendant's motion however respectfully requests that the status conference scheduled for May 12, 2026, be adjourned or changed to a virtual/telephonic appearance should Defendant's requested relief be granted.

Respectfully submitted,

VERIDIAN LEGAL P.C.

*/s/ Daniel S. Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.
*daniel@veridianlegal.com*

Veridian Legal P.C.