# KEMENY, RAMP & RENAUD, LLC

TRUSTED TRIAL COUNSEL

| | | |
|---|---|---|
| **Alexander J. Kemeny, Esq.** | 7-G Auer Court | Office Tel.: (732) 853-1725 |
| akemeny@kemenylaw.com | Williamsburg Commons | Direct Dial: (732) 853-1025 |
| www.kemenylaw.com | East Brunswick, NJ 08816 | Facsimile: (732) 853-1730 |

May 8, 2026

**Via ECF**
Hon. Stacey D. Adams, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

>        **Re:    John Doe v. Baila Sebrow**
>               **Case No.: 2:21-cv-20706**

Dear Judge Adams:

Defendant Betty "Betty" Sebrow objects to Plaintiff's request to adjourn Tuesday's conference.

Thank you for the court's attention and understanding.

>                        Respectfully submitted,
>                        **KEMENY, RAMP & RENAUD, LLC**
>
>                        **ALEXANDER J. KEMENY**

Enclosures
cc:    All counsel of record (via ECF)
        Client (via Email)