UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                     DATE: 5/12/2026

JUDGE: STACEY D. ADAMS

Reporter- ECR-

DEPUTY CLERK: Jackeline Barco

Title of Case: **DOE v. SEBROW**

Docket: **21-cv-20706--MEF-SDA**

Appearances:

Alexander Joseph Kemeny for Plaintiff, John Doe

Daniel Szalkiewicz for Defendant, Baila Sebrwo

Nature of proceedings: Status Conference. Cased settled, this hearing is SEALED an order is required for transcripts.  60 day Order to be filed.

Time Commenced      10:00  a.m
Time Adjourned       04:26 p.m

cc: chambers                        _____Jackeline Barco_____
                                    Jackeline Barco, Deputy Clerk