**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BAILA SEBROW,<br><br>　　　　　Defendant. | Case No. 2:21-cv-20706 (MEF) (SDA)<br><br><br>**90-DAY ORDER**<br>**ADMINISTRATIVELY**<br>**TERMINATING ACTION** |

The matter having come before the Court for a settlement conference held on May 12, 2026, and the parties having reached a settlement on that date that was placed on the record under seal;

**IT IS,** on this **13th** day of **May, 2026,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this Order shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that within 90 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 90-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

　　　　　　　　　　　　　　　　　　*/s/ Stacey D. Adams*
　　　　　　　　　　　　　　　　Hon. Stacey D. Adams
　　　　　　　　　　　　　　　　United States Magistrate Judge