**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **JOHN DOE**, <br><br> Plaintiff, <br><br> v. <br><br> **BAILA SEBROW**, <br><br> Defendant. | Civil Action No. <br> 2:21-cv-20706 (MEF) (SDA) <br><br><br> **ORDER GRANTING MOTION** <br> **TO BE RELIEVED AS COUNSEL** |

**THIS MATTER** having come before the Court on the motion of Kemeny, Ramp & Renaud, LLC and Alexander J. Kemeny, Esq., to be relieved as counsel for Defendant Betty Sebrow (pled as Baila Sebrow), and the Court having considered the moving papers and any opposition, and for good cause shown;

IT IS on this _____ day of _____, 2026, ORDERED as follows:

1.    The Motion of Kemeny, Ramp & Renaud, LLC and Alexander J. Kemeny, Esq. to be relieved as counsel is hereby **GRANTED**.

2.    Kemeny, Ramp & Renaud, LLC and Alexander J. Kemeny, Esq. are hereby **RELIEVED** as counsel for Defendant in this action.

3.      The Clerk of the Court shall terminate Kemeny, Ramp & Renaud, LLC and Alexander J. Kemeny, Esq. as counsel of record for Defendant on the docket.

4.      Defendant shall, within thirty (30) days of entry of this Order, cause substitute counsel to enter an appearance on her behalf or file a notice of appearance *pro se*, and shall provide the Court and all counsel of record with a current mailing address, email address, and telephone number for service and communications.

5.      Any deadline requiring Defendant to file a response, opposition, submission, or other papers during the thirty-day transition period set forth in Paragraph 4 is temporarily stayed unless otherwise ordered by the Court. Any deadline stayed by this Paragraph shall be reset or adjusted by further Order of the Court after substitute counsel enters an appearance, Defendant files a notice of appearance *pro se*, or the thirty-day transition period expires, whichever occurs first.

6.      All other deadlines and obligations in this action remain in effect unless modified by the Court. Nothing in this Order relieves Defendant of any obligation imposed by prior Court orders, including any obligations relating to the settlement record, confidentiality, transcript access, or any order concerning consummation, enforcement, or memorialization of the settlement placed on the sealed record.

7.      Within three (3) business days of entry of this Order, withdrawing counsel shall serve a copy of this Order upon Defendant by email, certified mail return receipt requested, and regular mail at Defendant's last known address.

_____
HON. STACEY D. ADAMS, U.S.M.J.