**KEMENY, RAMP & RENAUD, LLC**
*Alexander J. Kemeny, Esq. (Attorney I.D. No.: 039842009)*
7-G Auer Court
Williamsburg Commons
East Brunswick, New Jersey 08816
Tel: (732) 853-1725 | Fax: (732) 853-1730
Email: akemeny@kemenylaw.com
Website: www.KemenyLaw.com
*Attorneys for Defendant, Betty Sebrow, improperly pled as Baila Sebrow*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOHN DOE**,<br><br>Plaintiff,<br><br>v.<br><br>**BAILA SEBROW**,<br><br>Defendant. | Civil Action No.<br>2:21-cv-20706 (MEF) (SDA)<br><br><br>**Certification of Service** |

I hereby certify that on July 30, 2026, I caused a true and correct copy of the Text Order entered by the Court on July 30, 2026 (ECF No. 207) to be served upon the Defendant, Betty Sebrow, via certified mail, return receipt requested; first-class mail; and email.

**KEMENY, RAMP & RENAUD, LLC**
Attorneys for Defendant, Betty Sebrow

Dated: July 30, 2026     By:     */s/ Alexander J. Kemeny*
                                  **ALEXANDER J. KEMENY**
                                  NJ Attorney I.D.: 039842009