# KEMENY, RAMP & RENAUD, LLC

TRUSTED TRIAL COUNSEL

**Alexander J. Kemeny, Esq.**
akemeny@kemenylaw.com
www.kemenylaw.com

7-G Auer Court
Williamsburg Commons
East Brunswick, NJ 08816

Office Tel.: (732) 853-1725
Direct Dial: (732) 853-1025
Facsimile: (732) 853-1730

August 5, 2026

**Via ECF**
Hon. Stacey D. Adams, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

> Re:    **John Doe v. Baila Sebrow**
>        **Case No.: 2:21-cv-20706**

Dear Judge Adams:

At about 10:15 am yesterday morning, Defendant, Betty "Baila" Sebrow, emailed me Defendant's Opposition to Counsel's Motion to Withdraw and her Response Regarding the Failure to Execute the Proposed Written Settlement. Both documents are being submitted on Ms. Sebrow's behalf.

I was out of the office yesterday and spent most of the day in a deposition and did not initially see Ms. Sebrow's email, but it was emailed to me yesterday.

Respectfully submitted,

ALEXANDER J. KEMENY

Enclosures
cc:    All counsel of record (via ECF)
       Client (via email)